**Fill in this information to identify your case:**

Debtor 1  Robert Matthews
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of Florida

Case number  17-23426-PGH
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. ***

*** See #18 - #20 below disclosing multi-party pending litigation claims, which have unliquidated claim amounts

| | | | **Unsecured claim** |
|---|---|---|---|

**1** ***

Potomac Realty Capital, LLC
Creditor's Name

745 Boylston Street
Number          Street

Suite 502

Boston                    MA    02116
City                    State    ZIP Code

unknown
Contact

(781) 972-6800
Contact phone

What is the nature of the claim?  Personal Guarantee/FJ

$  8,808,475.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

**2**

Bank of America
Creditor's Name

(successor to Merrill Lynch Comm.)
Number          Street

4161 Piedmont Pkwy

Greensboro                NC    27410
City                    State    ZIP Code

Contact

(800) 299-2265
Contact phone

What is the nature of the claim?  Avoidable Cert Judgment

$  3,200,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):  $  3,200,000.00
Value of security:  – $  0.00
Unsecured claim  $  3,200,000.00

Debtor 1  **Robert Matthews**
First Name   Middle Name   Last Name

Case number *(if known)* 17-23426-PGH

| | Unsecured claim |
|---|---|

**3** | **State of Connecticut**
Creditor's Name

**Department of Revenue Services**
Number    Street

**450 Columbus Boulevard, Suite 1**

**Hartford**            **CT**    **06103**
City                    State   ZIP Code

Contact

**(860) 541-2491**
Contact phone

What is the nature of the claim?  **State Taxes-subj to offst**    $  2,616,748.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:   – $ _____
       Unsecured claim         $ _____

---

**4** | **Nick Laudano**
Creditor's Name

**638 Shore Drive**
Number    Street

**Boynton Beach**        **FL**
City                    State   ZIP Code

**Nick Laudano**
Contact

Contact phone

What is the nature of the claim?  **Loan**    $  1,250,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:   – $ _____
       Unsecured claim         $ _____

---

**5** | **Investors Warranty of America, Inc.**
Creditor's Name

**4333 Edgewood Road NE**
Number    Street

**Cedar Rapids**        **IA**    **52499**
City                    State   ZIP Code

**Attorney Roberta Colton**
Contact

**(407) 237-8000**
Contact phone

What is the nature of the claim?  **Avoidable Cert Judgment**    $  1,000,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):   $  1,000,000.00
       Value of security:   – $      0.00
       Unsecured claim         $  1,000,000.00

---

**6** | **Citizens Bank (fka RBS Citizens)**
Creditor's Name

**One Citizens Plaza**
Number    Street

**Providence**          **RI**    **02903**
City                    State   ZIP Code

Contact

**(401) 456-7096**
Contact phone

What is the nature of the claim?  **Avoidable Cert Judgment**    $  745,647.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):   $  745,647.00
       Value of security:   – $      0.00
       Unsecured claim         $  745,647.00

---

**7** | **Ditech Financial LLC**
Creditor's Name

**2100 East Elliot Road**
Number    Street
**Building 94**

**Tempe**               **AZ**    **85284**
City                    State   ZIP Code

Contact

**(877) 835-6465**
Contact phone

What is the nature of the claim?  **Potential Deficiency Judg**    $  700,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:   – $ _____
       Unsecured claim         $ _____

Debtor 1    **Robert Matthews**
First Name    Middle Name    Last Name

Case number (if known) 17-23426-PGH

| | Unsecured claim |
|---|---|

**8** Banyan Cay Dev, LLC
Creditor's Name

2300 Presidential Way
Number        Street

West Palm Beach        FL    33401
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Loan

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:
  - Unsecured claim

$ 665,000.00

$ _____
– $ _____
$ _____

---

**9** Iberia Bank
Creditor's Name

200 West Congress Street
Number        Street

Lafayette        LA    70501
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Guar. Settleme

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:
  - Unsecured claim

$ 628,000.00

$ _____
– $ _____
$ _____

---

**10** Michael Altman Fine Art & Advisory
Creditor's Name

38 East 70th Street
Number        Street

New York        NY    10021
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Loan

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:
  - Unsecured claim

$ 550,000.00

$ _____
– $ _____
$ _____

---

**11** Dynamic Recovery Solutions
Creditor's Name

P.O. Box 25759
Number        Street

Greenville        SC
City                State    ZIP Code

Contact

(844) 838-4048
Contact phone

What is the nature of the claim? Collection on Credit Card

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:
  - Unsecured claim

$ 162,378.19

$ _____
– $ _____
$ _____

---

**12** William Koch
Creditor's Name

1601 Forum Place
Number        Street

Suite 1400

West Palm Beach        FL    33401
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Loan

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:
  - Unsecured claim

$ 150,000.00

$ _____
– $ _____
$ _____

---

Debtor 1 **Robert Matthews**

First Name    Middle Name    Last Name

Case number *(if known)* **17-23426-PGH**

| | Unsecured claim |
|---|---|

**13** American Express
Creditor's Name

200 Vesey Street
Number      Street

New York            NY    10285
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card debt**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

$ **118,836.79**

---

**14** Midland Credit Management, Inc.
Creditor's Name

2365 Northside Drive
Number      Street

Suite 300

San Diego           CA    92108
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit card debt**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

$ **112,390.17**

---

**15** McDonald Hopkins LLC
Creditor's Name

600 Superior Avenue, E.
Number      Street

Suite 2100

Cleveland           OH    44114
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Attorney Fees**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

$ **55,238.13**

---

**16** Barclays Bank Delaware
Creditor's Name

100 West St.
Number      Street

Wilmington          DE    19801
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit card debt**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

$ **32,556.54**

---

**17** McIntosh Schwartz, P.A.
Creditor's Name

888 Southeast 3rd Avenue
Number      Street

Suite 201

Fort Lauderdale     FL    33316
City                State    ZIP Code

Robert McIntosh
Contact

Contact phone

What is the nature of the claim? **Attorney fees**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

$ **26,005.10**

---

Debtor 1    **Robert Matthews**
             First Name    Middle Name    Last Name

Case number *(if known)* 17-23426-PGH

| | Unsecured claim |
|---|---|

**18**

Palm House Hotel, LLLP
Creditor's Name

9100 BELVEDERE ROAD, #207
Number    Street

Royal Palm Beach    FL    33411
City    State    ZIP Code

Attorneys Weiss, Handler & Cornwe
Contact

_____
Contact phone

What is the nature of the claim? Investment disputes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim    $_____

$_____

---

**19**

Ryan Black
Creditor's Name

c/o C. Brooks Ricca, Jr.
Number    Street

1615 Forum Place, Suite 200

West Palm Beach    FL    33401
City    State    ZIP Code

Brooks Ricca, Jr.
Contact

_____
Contact phone

What is the nature of the claim? Investment disputes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim    $_____

$_____

---

**20**

Multiple Parties (related claims)
Creditor's Name

c/o Robins Geller Rudman & Dowd
Number    Street

120 E Palmetto Park Road, Suite 5

Boca Raton    FL    33432
City    State    ZIP Code

Attorney David J. George
Contact

_____
Contact phone

What is the nature of the claim? Alleged Securities Fraud

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim    $_____

$_____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ /s/ Robert Matthews
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 11/13/2017
     MM / DD / YYYY

Date _____
     MM / DD / YYYY