**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                        Case No.        17-23426-MAM
                                                              Chapter          11

ROBERT MATTHEWS,

_____Debtor._____/

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the Debtor's Response In Opposition to 160 Royal Palm LLC's Motion to Deem Late Filed Claim as Timely Filed and 160 Royal Palm LLC's Objection to Claimed Exemption [D.E. 222 & D.E. 223] was served on the following parties as follows:

By Notice of Electronic Filing ("NEF") on October 19, 2018 to:

Joaquin J Alemany on behalf of Creditor DB Private Wealth Mortgage, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

David W Baddley on behalf of Creditor U.S. Securities and Exchange Commission
baddleyd@sec.gov

Ashley R Eagle on behalf of Creditor Michael Cox
aeagle@righttojustice.com

Ashley R Eagle on behalf of Creditor Patricia Cox
aeagle@righttojustice.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

IPFS Corporation (Chandler)
lisa.chandler@ipfs.com

Steven C Jones on behalf of Creditor Palm House Investors
steven.jones@wilsonelser.com,
anna.nowakowska@wilsonelser.com;vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com

Philip J Landau on behalf of Creditor 160 Royal Palm, LLC
plandau@slp.law,
msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law

Mark Alan Lavine on behalf of Creditor United States of America, IRS
mark.lavine@usdoj.gov, shannon.patterson@usdoj.gov;Milton.pacheco@usdoj.gov

Stephanie C Lieb on behalf of Interested Party Investors Warranty of America, Inc.
slieb@trenam.com, psutherland@trenam.com,mmosbach@trenam.com

Peter J Malecki on behalf of Creditor Ryan Black
pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com

Edward A Marod on behalf of Creditor Ali Adampeyra
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Baoping Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Bei Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Changyue Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Chengyu Gu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Chunning Ye
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Cuilian Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Daqin Weng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Dongsheng Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Feng Guo
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Halil Erseven
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Hao Lou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Hongru Pan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Juewei Zhou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Junqiang Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Kuang Yaoping
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Lan Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Li Dongsheng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Li Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Lili Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ling Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Liyan Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Min Cui
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Min Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Mohammad Zargar
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Mohammadreza Sedaghat
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Qingyun Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Qiong Deng

emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Qiongfang Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ran Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Reza Siamak Nia
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ruji Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Rujing Wei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Sanaz Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Sara Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Sha Shi
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shahriar Ebrahimian
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shaoping Huang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shaoqing Zeng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shu Jiang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shuangyun Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tang Cheok Fai
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tao Xiong
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tingting Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tonghui Luan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Wenhao Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiang Chunhua
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiang Shu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiao Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiaonan Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiaoping Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yajun Kang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yan Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yawen Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yi Zhao
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ying Fei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ying Tan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yingjun Yang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yuanbo Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yulong Tang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Zhaohui Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Zheng Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Zhiling Gan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ali Adampeyra
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Baoping Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Bei Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Changyue Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Chengyu Gu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Chunning Ye
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Cuilian Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Daqin Weng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Dongsheng Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Feng Guo
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Halil Erseven

emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Hao Lou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Hongru Pan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Juewei Zhou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Junqiang Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Kuang Yaoping
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Lan Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Li Dongsheng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Li Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Lili Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ling Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Liyan Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Min Cui
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Min Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Mohammad Zargar
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Mohammadreza Sedaghat
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Qingyun Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Qiong Deng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Qiongfang Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ran Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Reza Siamak Nia
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ruji Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Rujing Wei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Sanaz Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Sara Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Sha Shi
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shahriar Ebrahimian
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shaoping Huang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shaoqing Zeng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shu Jiang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shuangyun Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tang Cheok Fai
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tao Xiong
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tingting Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tonghui Luan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Wenhao Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiang Chunhua
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiang Shu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiao Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiaonan Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiaoping Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yajun Kang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yan Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yawen Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yi Zhao
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ying Fei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ying Tan

emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yingjun Yang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yuanbo Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yulong Tang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Zhaohui Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Zheng Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Zhiling Gan
emarod@gunster.com, dpeterson@gunster.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,
legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

Niall T McLachlan, Esq on behalf of Creditor IBERIABANK
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Denise S Mondell on behalf of Creditor State of Connecticut Department of Revenue Services
denise.mondell@ct.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christian Panagakos on behalf of Debtor Robert Matthews
cp@FloridaBankruptcyAdvisors.com,
bp@FloridaBankruptcyAdvisors.com;fbaecf@gmail.com;r55828@notify.bestcase.com

Christian Panagakos on behalf of Defendant Robert Matthews
cp@FloridaBankruptcyAdvisors.com,
bp@FloridaBankruptcyAdvisors.com;fbaecf@gmail.com;r55828@notify.bestcase.com

Steven G. Powrozek, Esq. on behalf of Creditor JPMorgan Chase Bank, National Association
spowrozek@logs.com, electronicbankruptcynotices@logs.com

David L Rosendorf, Esq on behalf of Creditor Seth Bernstein
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Gavin N Stewart on behalf of Creditor BMW Financial Services NA, LLC
bk@stewartlegalgroup.com

Harry Winderman on behalf of Creditor Palm House Hotel, LLLP
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com


Dated: October 22, 2018

/s/ E. Brooke Panagakos
CHRISTIAN R. PANAGAKOS
FL Bar No.: 0065579
E. BROOKE PANAGAKOS
FL Bar No.: 0029312
FLORIDA BANKRUPTCY ADVISORS, P.L.
120 E. Oakland Park Blvd., Suite 207
Oakland Park, FL 33334
Tel: (954) 600-8990/  Fax: (954) 692-9070
cp@floridabankruptcyadvisors.com