**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                              Case No.        17-23426-MAM
                                                    Chapter         11
ROBERT MATTHEWS,

_____ Debtor.          /

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Agreed Amended Order Granting in Part Motion for Relief From Stay of Related Federal Action Against Robert Matthews Through the Entry of Final Judgment [D.E. 224] was served on the following parties as follows:

By Notice of Electronic Filing ("NEF") on October 19, 2018 to:

Joaquin J Alemany on behalf of Creditor DB Private Wealth Mortgage, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

David W Baddley on behalf of Creditor U.S. Securities and Exchange Commission
baddleyd@sec.gov

Ashley R Eagle on behalf of Creditor Michael Cox
aeagle@righttojustice.com

Ashley R Eagle on behalf of Creditor Patricia Cox
aeagle@righttojustice.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

IPFS Corporation (Chandler)
lisa.chandler@ipfs.com

Steven C Jones on behalf of Creditor Palm House Investors
steven.jones@wilsonelser.com,
anna.nowakowska@wilsonelser.com;vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com

Philip J Landau on behalf of Creditor 160 Royal Palm, LLC
plandau@slp.law,
msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law

Mark Alan Lavine on behalf of Creditor United States of America, IRS
mark.lavine@usdoj.gov, shannon.patterson@usdoj.gov;Milton.pacheco@usdoj.gov

Stephanie C Lieb on behalf of Interested Party Investors Warranty of America, Inc.
slieb@trenam.com, psutherland@trenam.com,mmosbach@trenam.com

Peter J Malecki on behalf of Creditor Ryan Black
pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com

Edward A Marod on behalf of Creditor Ali Adampeyra
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Baoping Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Bei Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Changyue Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Chengyu Gu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Chunning Ye
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Cuilian Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Daqin Weng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Dongsheng Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Feng Guo
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Halil Erseven
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Hao Lou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Hongru Pan

emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Juewei Zhou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Junqiang Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Kuang Yaoping
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Lan Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Li Dongsheng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Li Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Lili Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ling Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Liyan Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Min Cui
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Min Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Mohammad Zargar
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Mohammadreza Sedaghat
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Qingyun Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Qiong Deng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Qiongfang Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ran Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Reza Siamak Nia
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ruji Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Rujing Wei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Sanaz Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Sara Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Sha Shi
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shahriar Ebrahimian
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shaoping Huang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shaoqing Zeng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shu Jiang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Shuangyun Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tang Cheok Fai
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tao Xiong
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tingting Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Tonghui Luan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Wenhao Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiang Chunhua
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiang Shu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiao Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiaonan Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Xiaoping Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yajun Kang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yan Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yawen Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yi Zhao
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ying Fei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Ying Tan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yingjun Yang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yuanbo Wang

emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Yulong Tang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Zhaohui Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Zheng Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Creditor Zhiling Gan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ali Adampeyra
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Baoping Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Bei Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Changyue Liu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Chengyu Gu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Chunning Ye
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Cuilian Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Daqin Weng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Dongsheng Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Feng Guo
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Halil Erseven
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Hao Lou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Hongru Pan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Juewei Zhou
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Junqiang Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Kuang Yaoping
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Lan Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Li Dongsheng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Li Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Lili Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ling Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Liyan Feng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Min Cui
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Min Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Mohammad Zargar
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Mohammadreza Sedaghat
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Qingyun Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Qiong Deng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Qiongfang Zhu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ran Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Reza Siamak Nia
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ruji Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Rujing Wei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Sanaz Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Sara Salehin
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Sha Shi
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shahriar Ebrahimian
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shaoping Huang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shaoqing Zeng
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shu Jiang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Shuangyun Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tang Cheok Fai

emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tao Xiong
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tingting Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Tonghui Luan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Wenhao Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiang Chunhua
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiang Shu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiao Sun
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiaonan Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Xiaoping Zhang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yajun Kang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yan Chen
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yawen Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yi Zhao
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ying Fei
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Ying Tan
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yingjun Yang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yuanbo Wang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Yulong Tang
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Zhaohui Li
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Zheng Yu
emarod@gunster.com, dpeterson@gunster.com

Edward A Marod on behalf of Plaintiff Zhiling Gan
emarod@gunster.com, dpeterson@gunster.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,
legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor
@ecf.inforuptcy.com

Niall T McLachlan, Esq on behalf of Creditor IBERIABANK
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Denise S Mondell on behalf of Creditor State of Connecticut Department of Revenue
Services
denise.mondell@ct.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christian Panagakos on behalf of Debtor Robert Matthews
cp@FloridaBankruptcyAdvisors.com,
bp@FloridaBankruptcyAdvisors.com;fbaecf@gmail.com;r55828@notify.bestcase.com

Christian Panagakos on behalf of Defendant Robert Matthews
cp@FloridaBankruptcyAdvisors.com,
bp@FloridaBankruptcyAdvisors.com;fbaecf@gmail.com;r55828@notify.bestcase.com

Steven G. Powrozek, Esq. on behalf of Creditor JPMorgan Chase Bank, National
Association
spowrozek@logs.com, electronicbankruptcynotices@logs.com

David L Rosendorf, Esq on behalf of Creditor Seth Bernstein
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Gavin N Stewart on behalf of Creditor BMW Financial Services NA, LLC
bk@stewartlegalgroup.com

Harry Winderman on behalf of Creditor Palm House Hotel, LLLP
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

By First Class U.S. Mail on October 22, 2018 to the parties listed on the attached service list
and who did not already receive notice via CM/ECF.

By First Class U.S. Mail on October 23, 2018 to:
Larry Zink, Esquire
Counsel for KK-PB Financial LLC
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL 33062

Dated: October 23, 2018

/s/ E. Brooke Panagakos
CHRISTIAN R. PANAGAKOS
FL Bar No.: 0065579
E. BROOKE PANAGAKOS
FL Bar No.: 0029312
FLORIDA BANKRUPTCY ADVISORS, P.L.
120 E. Oakland Park Blvd., Suite 207
Oakland Park, FL 33334
Tel: (954) 600-8990/  Fax: (954) 692-9070
cp@floridabankruptcyadvisors.com

```
Label Matrix for local noticing        160 Royal Palm, LLC                    BMW Financial Services NA, LLC
113C-9                                  c/o Philip J. Landau                   c/o Gavin N. Stewart, Esq
Case 17-23426-MAM                       Shraiberg, Landau & Page, P.A.         P.O. Box 5703
Southern District of Florida            2385 NW Executive Center Dr.           Clearwater, FL 33758-5703
West Palm Beach                         Suite 300
Thu Oct 11 23:10:42 EDT 2018            Boca Raton, FL 33431-8530

BMW Financial Services NA, LLC, c/o AIS Port   Capital One Auto Finance, a division of Capi   Capital One Auto Finance, a divison of Capit
P.O. Box 165028                         c/o AIS Portfolio Services, LP          4515 N Santa Fe Ave. Dept APS
Irving, TX 75016-5028                   4515 N Santa Fe Ave Dept APS            Oklahoma City, OK 73118-7901
                                        Oklahoma City, OK 73118-7901


DB Private Wealth Mortgage, Ltd.        IBERIABANK                             IPFS Corporation (Chandler)
c/o Joaquin J. Alemany, Esq.            c/o Niall T. McLachlan                 30 Montgomery Street
Holland & Knight LLP                    Carlton Fields Jorden Burt PA          Suite 501
701 Brickell Ave., Suite 3300           100 SE 2nd Street                      Jersey City, NJ 07302-3821
Miami, FL 33131-2898                    Suite 4200
                                        Miami, FL 33131-2113

Investors Warranty of America, Inc.     JPMorgan Chase Bank, National Association   Palm Beach County Tax Collector
c/o Trenam Law                          c/o Steven G. Powrozek, Esq.           c/o Orfelia M Mayor Esq
101 E Kennedy Blvd #2700                Shapiro, Fishman & Gache, LLP          POB 3715
Tampa, FL 33602-5150                    4630 Woodland Corporate Blvd.          West Palm Beach, FL 33402-3715
                                        Suite 100
                                        Tampa, FL 33614-2429

Palm House Hotel, LLLP                  State of Connecticut Department of Revenue S   U.S. Securities and Exchange Commission
co Henry B. Handler, Esq.               c/o Denis J Mondell                    Atlanta Regional Office
2255 Glades Road suite 218A             55 Elm St                             950 East Paces Ferry Road, NE
Boca Raton, FL 33431-7391               POB 120                               Suite 900
                                        Hartford, CT 06141-0120               Atlanta, GA 30326-1382

United States of America, IRS           160 Royal Palm LLC                     160 Royal Palm, LLC
c/o Mark A. Lavine                      160 Royal Palm                         1118 Waterway Lane
U.S. Attorney's Office                  Palm Beach, FL 33480-4254              Delray Beach, FL 33483-7156
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6209

160 Royal Palm, LLC                     Alamo                                  Ali Adampeyra
c/o Shraiberg, Landau & Page, P.A.      600 Corporate Park Dr.                 c/o Gunster Yoakley & Stewart PA
Attn: Philip J. Landau                  Saint Louis, MO 63105-4204             777 S Flagler Dr #500E
2385 N.W. Executive Center Drive, #                                            West Palm Beach, FL 33401-6121
Boca Raton, FL 33431-8579

American Express                        American Express                       American Express
200 Vesey Street                        c/o C T Corporation System             c/o Drew Beinhaker
New York, NY 10285-0002                 1200 South Pine Island Road            4060 Sheridan Street
                                        Fort Lauderdale, FL 33324-4413         Suite C
                                                                               Hollywood, FL 33021-3559

American Express Bank, FSB              American Express Centurion Bank        Attorney Leslie Evans
c/o Becket and Lee LLP                  c/o Becket and Lee LLP                 214 Brazilian Ave Ste 200
PO Box 3001                             PO Box 3001                            Palm Beach, FL 33480-4676
Malvern  PA 19355-0701                  Malvern  PA 19355-0701


(p)BMW FINANCIAL SERVICES               (p)BANK OF AMERICA                     Bank of America
CUSTOMER SERVICE CENTER                 PO BOX 982238                          Successor to Merrill Lynch Commercial
PO BOX 3608                             EL PASO TX 79998-2238                  c/o Michael W. Ott
DUBLIN OH 43016-0306                                                           233 S. Wacker Dr., Suite 6600
                                                                               Chicago, IL 60606-6473
```

Bank of America, N.A.
Attn: Edmond J. Blough, VP Americas Comm
222 North LaSalle Street
Chicago, IL 60601-1003

Banyan Cay Dev, LLC
2300 Presidential Way
West Palm Beach, FL 33401-1510

Baoping Liu
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Barclays Bank
Card Services
400 White Clay Center Drive
Newark, DE 19711-5468

Barclays Bank
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

Barclays Bank Delaware
100 West St.
Wilmington, DE 19801-5015

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Bei Zhu
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Botticelli Advisors, LLC
c/o Leslie Evans
214 BRAZILIAN AVENUE
Suite 200
Palm Beach, FL 33480-4676

Brian K. Hole
Holland & Knight LLP
515 E. Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301-4249

CHANGYUE LIU
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

CHENGYU GU
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

CHUNNING YE
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Capital One
P.O. Box 165028
Irving, TX 75016-5028

Capital One Auto Finance, a division of Capi
PO Box 60511
City Of Industry CA 91716, CA 91716-0511

Cardinal  Appraisal Company
c/o Denise Smith
13616-A Orange Grove Blvd.
West Palm Beach, FL 33411-8482

Chen Jun
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Cheng Li
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Christopher E. Hultquist (Potomic Reaalt
DarrowEverett, LLP
One Turks Head Place
Suite 1200
Providence, RI 02903-2212

Christopher William Kammerer
Kammerer Mariani PLLC
1601 Forum Place
Suite 500
West Palm Beach, FL 33401-8103

Citi
P.O. Box 6004
Sioux Falls, SD 57117-6004

Citizens Bank (fka RBS Citizens, N.A.)
One Citizens Plaza
Providence, RI 02903-1344

Citizens Bank (fka RBS Citizens, N.A.)
c/o Green Tree Servicing, LLC
Daniel C.Consuegra
9204 King Palm Dr.
Tampa, FL 33619-1328

Citizens Bank, National Association
c/o Ditech Financial LLC
2100 East Elliot Road, Bldg. 94 T-120
Tempe AZ 85284-1806

Connect Auto, Inc.
c/o Weiss Handler & Cornwell, PA
One Boca Place, Suite 218-A
2255 Glades Road
Boca Raton, FL 33431-7382

Connecticut Department of Revenue Services
Collections Unit - Bankruptcy Team
450 Columbus Blvd., Ste.1
Hartford, CT 06103-1837

Cuilian Li
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

DB Private Wealth Mortgage, Ltd.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131-2898

DONGSHENG ZHU
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Daniel J. Carragher
Day Pitney LLP
1 International Place
Boston, MA 02110-3179

Daqin Weng
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Deutsche Bank
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945

Devin Sean Radkay
Gunster Yoakley & Stewart
777 S Flagler Drive
Suite 500 E
West Palm Beach, FL 33401-6194

Ditech Financial LLC
2100 East Elliot Road
Building 94
Tempe, AZ 85284-1806

Dynamic Recovery Solutions
P.O. Box 25759
Greenville, SC 29616-0759

Eastern Waste Systems, Inc.
1660 NW 19th Avenue
Pompano Beach, FL 33069-1648

FENG GUO
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Gao Yi
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Gerard Joseph Curley , Jr.
Gunster Yoakley & Stewart
777 S Flagler Drive
Suite 500 E
West Palm Beach, FL 33401-6194

Gerry Matthews
161 Camp Road
Middlebury, CT 06762-2337

Greenscape Design Inc.
16846 128th Trl N
Jupiter, FL 33478-6010

HONGRU PAN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Halil Erseven
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Hao Lou
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Harbor Fuel Corporation
Box 1400
Nantucket, MA 02554-1400

IBERIABANK
c/o Niall T. McLachlan, Esq.
Carlton Fields Jorden Burt, PA
100 SE 2nd Street, Suite 4200
Miami, FL 33131-2113

ICE Air Conditioning, Inc.
c/o Jacobson, Sobo & Moselle
P.O. Box 19359
Plantation 33318-0359

(p)IBERIA BANK
PO BOX 52747
LAFAYETTE LA 70505-2749

Iberia Bank
c/o Carlton Fields Jorden Burt, P.A.
Attn: Alan Grunspan
100 SE 2nd Street, Suite 420
Miami, FL 33131-2100

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Investors Warranty of America, Inc.
4333 Edggewood Road NE
Cedar Rapids, IA 52499-3830

Investors Warranty of America, Inc.
c/o Roberta A. Colton
Trenam, Kemker, et. al
P,O, Box 1102
Tampa, FL 33601-1102

JOSEPH WALSH, JR.
c/o Henry Handler, Esq.
Weiss, Handler & Cornwell, PA
2255 W Glades Road, Suite 218-A
Boca Raton, FL 33431-7392

JPMorgan Chase Bank, National Association
c/o Steven G. Powrozek
Shapiro, Fishman & Gach, LLP
4630 Woodland Corporate Boulevard, Suite
Tampa, FL 33614-2415

JUEWEI ZHOU
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Juana Miguel
c/o Finzio & Finzio, PA
106 SE 9th St
Fort Lauderdale, FL 33316-1018

Junqiang Feng
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Keith Sullivan
Zackin Zimyeski Sullivan
21 W Main St
Waterbury, CT 06702-2014

Kuang Yaoping
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

LI DONGSHENG
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

LI ZHANG
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Lan Li
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Leslie Robert Evans & Associates
214 Brazilian Ave Ste 200
Palm Beach, FL 33480-4676

Li Xiang
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Lili Zhang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Ling Li
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Liu Chenglin
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Liu Danqing
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Liyan Feng
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

MIN LI
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

MOHAMMAD ZARGAR
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Man Mingyue
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Maria Sneden Mathews
101 Casa Bendita
Palm Beach, FL 33480-3602

Maro Lago
1100 S Ocean Blvd
Palm Beach, FL 33480-5004

McDonald Hopkins LLC
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114-2653

McIntosh Schwartz, P.A.
c/o Robert D. McIntosh
888 Southeast 3rd Aveneu
Suite 201
Fort Lauderdale, FL 33316-1159

Melissa and John Pellicci
2802 Sarento Place,#111
Palm Beach Gardens, FL 33410-2925

Merrill Lynch Commercial Finance Corp.
222 North LaSalle Street
17th Floor
Chicago, IL 60601-1101

Metropolitan Life Insurance Company
P.O. Box 7250
Johnstown, PA 15907-7250

Michael Altman Fine Art & Advisory Svcs.
38 East 70th Street
New York, NY 10021-4928

Michael Cox
c/o Law Office of Maaz Quirashi P.A.
Attn: Maaz Quraishi, Esq.
1401 Forum Way, Suite 101
West Palm Beach, FL 33401-2324

Midland Credit Management, Inc.
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Min Cui
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Mohammadreza Sedaghat
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Nason Yeager Gerson White & Lioce
3001 PGA Boulevard #305
Palm Beach Gardens, FL 33410-2896

National Gold
40 Sylvan Rd
Waltham, MA 02451-1120

National Grid
300 Erie Blvd W
Syracuse, NY 13202-4250

National Grid
PO Box 960
Northborough, MA 01532-0960

New York State
Department of Taxartion and Finance
ATTN: Office of Counsel
Building 9, W A Harriman Campus
Albany, NY 12227-0001

New York State Department of Taxation &
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Nick Laudano
638 Shore Drive
Boynton Beach, FL 33435-2850

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
Attn. Legal Services Department
P.O. Box 3715
West Palm Beach, FL 33402-3715

Palm House Hotel LLLP
1201 HAYS ST.
Tallahassee, FL 32301-2699

Palm House Hotel LLLP
9100 BELVEDERE ROAD
West Palm Beach, FL 33411-3607

Palm House Hotel LLLP
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
Tallahassee, FL 32301-2699

Palm House Hotel, LLLP
c/o Henry B. Handler, Esq.
Weiss Handler & Cornwell PA
2255 Glades Road
Suite 218A
Boca Raton, FL 33431-7392

Palm House Hotel, LLLP
c/o Weiss, Handler & Cornwell, PA
One Boca Place, Suite 218-A
2255 Glades Road
Boca Raton, FL 33431-7382

Palm House LLC
101 Casa Bendita
Palm Beach, FL 33480-3602

Panter, Panter & SXampedro, PA
6950 N. Kendall Drive
Miami, FL 33156-1584

Patricia Cox
c/o Law Office of Maaz Quirashi P.A.
Attn: Maaz Quraishi, Esq.
1401 Forum Way, Suite 101
West Palm Beach, FL 33401-2324

Potomac Realty Capital
c/o Joshua Berlinsky/DarrowEverett LLP
One Turks Head Place
Suite 1200
Providence, RI 02903-2212

Potomac Realty Capital, LLC
745 Boylston Street
Suite 502
Boston, MA 02116-2658

Premium Financing Specialists, Inc.
c/o IPFS Corp
30 Montgomery St #100
Jersey City NJ 07302-3866

Qingyun Yu
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Qiong Deng
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Qiongfang Zhu
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

REZA SIAMAK NIA
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

RUJING WEI
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Ran Chen
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Randy Davis
7035 Campus Drive
Colorado Springs, CO 80920-3164

Robert A. Zimmerman
c/o Joshua A. Frachtman
Baker Zimmerman & Perez
6991 N. State Road 7
Pompano Beach, FL 33073-4327

Robert D. McIntosh
888 SE Third Avenue, Suite 201
Fort Lauderdale, FL 33316-1159

Robert D. McIntosh, Esq.
McIntosh Schwartz, P.L.
888 SE Third Ave, Suite 201
Fort Lauderdale, FL 33316-1159

Rogin Nassau LLC
185 Asylum St # 22
Hartford, CT 06103-3450

Rolls-Royce Motor Cars Financial Service
P.O. Box 3608
Dublin, OH 43016-0306

Ruji Li
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Ryan Black
c/o C. Brooks Ricca, Jr.
The Barristers Building
1615 Forum Place, Suite 200
West Palm Beach, FL 33401-2315

Ryan Cowell
Assignee of HBA International
c/o Michelle Valdes, Chalos & Co., P.C.
2030 S. Douglas Road, Suite 117
Miami, FL 33134-4615

SANAZ SALEHIN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

SARA SALEHIN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

SHAHRIAR EBRAHIMIAN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

SHU JIANG
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Seth Bernstein
655 Madison Avenue
20th Floor
New York, NY 10065-8043

Sha Shi
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Shaoping Huang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Shaoqing Zeng
c/o DGunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Shepley Wood Products
216 Thonnton Dr.
Hyannis, MA 02601-8103

Shuangyun Wang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

State of Connecticut
Department of Revenue Services
450 Columbus Boulevard
Suite 1
Hartford, CT 06103-1837

State of Rhode Island
Division of Taxation
One Capital Hill
Providence, RI 02908-5800

Sun Mengyang
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Sunbelt Rentals, Inc.
Chipp, Danny
2015 Directors Row
Orlando, FL 32809-6231

TINGTING SUN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

TONGHUI LUAN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Tan Jing
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Tang Cheok Fai
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Tao Xiong
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Thompson PLLC
c/o Cherish A. Thompson
214 Brazilian Ave.
Suite 200
Palm Beach, FL 33480-4676

Trump International Golf Club
3505 Summit Blvd
West Palm Beach, FL 33406-4111

Wang Jian
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Wang Jing
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Wang Jue
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Wenhao Zhang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

William Koch
1601 Forum Place
Suite 1400
West Palm Beach, FL 33401-8104

XIAO SUN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Xiang Chunhua
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Xiang Shu
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Xiaonan Wang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Xiaoping Zhang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

YAJUN KANG
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

YAN CHEN
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

YING FEI
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

YUANBO WANG
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Yawen Li
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Yi Zhao
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Ying Tan
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Yingjun Yang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Yulong Tang
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

ZHAOHUI LI
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

ZHENG YU
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Zhang Shikun
Wilson Elser Mowkowitz Edelman & Dicker
700 11th St NW, Suite 400
Washington DC 20001-4507

Zhiling Gan
c/o Gunster Yoakley & Stewart PA
777 S Flagler Dr #500E
West Palm Beach, FL 33401-6121

Ali Adampeyra
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Baoping Liu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Bei Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Changyue Liu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Chengyu Gu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Christian Panagakos
120 E Oakland Park Blvd
Suite 207
Oakland Park, FL 33334-1109

Chunning Ye
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Cuilian Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Daqin Weng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

David Ring
Wiggin & Dana, LLP
1 Century Tower
POB 1832
New Haven, CT 06508-1832

Dongsheng Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Feng Guo
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Halil Erseven
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Hao Lou
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Hongru Pan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Juewei Zhou
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Junqiang Feng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Keith Sullivan
One Exchange Pl 6th Flr
Waterbury, CT 06702

Kevin Munroe
2813 S Hiawassee Rd #307
Orlando, FL 32835-6690

Kuang Yaoping
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Lan Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Lawrence Moens
245 Sunrise Ave
Palm Beach, FL 33480-3812

Li Dongsheng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Li Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Lili Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Ling Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Liyan Feng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Michael Cox
c/o Maaz Quraishi
1401 Forum Way #101
West Palm Beach, FL 33401-2324

Min Cui
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Min Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Mohammad Zargar
c/o Gunster, Yoakley & Stewart, P.A.
777 Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Mohammadreza Sedaghat
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Patricia Cox
c/o Maaz Quraishi
1401 Forum Way #101
West Palm Beach, FL 33401-2324

Qingyun Yu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Qiong Deng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Qiongfang Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 #
West Palm Beach, FL 33401-6121

Ran Chen
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, Fl 33401-6121

Reza Siamak Nia
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, Fl 33401-6121

Robert Matthews
101 Casa Bendita
Palm Beach, FL 33480-3602

Ruji Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Rujing Wei
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr E#500 E
West Palm Beach, FL 33401-6121

Ryan Black
1615 Forum Place
Suite 200
West Palm Bch, FL 33401-2315

Sanaz Salehin
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #400 E
West Palm Beach, FL 33401-6124

Sara Salehin
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Sha Shi
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shahriar Ebrahimian
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

Shaoping Huang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shaoqing Zeng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shu Jiang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shuangyun Wang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tang Cheok Fai
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tao Xiong
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tingting Sun
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tonghui Luan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Wenhao Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiang Chunhua
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiang Shu
 c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiao Sun
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiaonan Wang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiaoping Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

Yajun Kang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yan Chen
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

Yawen Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yi Zhao
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Ying Fei
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Ying Tan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yingjun Yang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yuanbo Wang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr E#500 E
West Palm Beach, FL 33401-6121

Yulong Tang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Zhaohui Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Zheng Yu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Zhiling Gan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin OH 43016, OH  43016

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Iberia Bank
200 West Congress Street
Lafayette, LA 70501

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Palm House Investors

(u)West Palm Beach

(du)Palm House Investors

(d)Robert D. McIntosh, Esq.
McIntosh Schwartz, P.L.
888 SE Third Avenue, Suite 201
Fort Lauderdale, FL 33316-1159

(d)U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

(u)Richard G. Lubin

(d)Seth Bernstein
655 Madison Avenue
20th Floor
New York, NY 10065-8043

End of Label Matrix
Mailable recipients    264
Bypassed recipients      7
Total                  271