U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

NOV 0 8 2018

FILED ____ RECEIVED ____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

**Robert Matthews**

Case No.: 17- 23426 - MAM

(Chapter 11)

**Debtor in Possession.**

Re: Doc. No. 207

## RESPONSE OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO THE DEBTORS' OBJECTION TO CLAIM NO. 7 - 1

The New York State Department of Taxation and Finance ("NYSTAX") by and through its' undersigned counsel, as and for a response ("Response") to the Debtors' Objection to Claim No. 7 - 1 filed on October 11, 2018 ("Objection")[1], states as follows:

### BACKGROUND

1. On November 6, 2017, Robert Matthews ("Debtor") filed a voluntary petition in bankruptcy under Title 11, Chapter11 U.S.C. in the United States Bankruptcy Court for the Southern District of Florida ("Case").

2. Upon information and belief, an Official Committee of Unsecured Creditors has not been appointed in this Case.

3. On December 18, 2017, NYSTAX filed a proof of claim (Claim No. 7 - 1) ("Claim") which is the subject of the Objection. The basis of the Claim is unpaid sales taxes for the periods

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Objection.

of time, and in the amounts and character described, therein. A copy of the Claim is annexed

hereto as Exhibit "A" and is incorporated by reference herein.

4. In the interests of brevity, the Courts' attention is respectfully directed to the contents of

the Objection for a recitation of the remaining background of this Case.

## **RELIEF REQUESTED**

5. For the reasons set forth below, NYSTAX respectfully requests that the Court deny,

overrule or limit the relief requested by the Debtor in the Objection.

## **GROUNDS TO OVERRULE THE OBJECTION**

### A. The Claim and the Objection

6. The Claim seeks allowance as an (a) unsecured priority claim ("Priority Portion") in the

amount of $278,759.06 for interest accrued on unpaid sales taxes for the various periods of time

ending 5/31/2004, ("Tax Period") and (b) a general unsecured claim in the amount of $20,925.37

for penalties accrued during the Tax Period.

7. The Claim is based on the asserted liability of the Debtor, pursuant to New York State Tax

Law §§1131 and 1133(a) (hereinafter the "Tax Law") as a responsible person for the payment of

unpaid sales tax obligations for the Time Period incurred by an entity known as Stromberg, LLC.

8. The Debtor seeks entry of an order disallowing and striking the Claim in its entirety. The

sole recitation of the basis of the Debtors' Objection is set forth on page 2 thereof and merely

states:

> *"Upon information and belief*, **the Debtor paid all sales taxes**
> **owed to Claimant. Any late-paid taxes, if any, were deminimums**
> **(*sic.*) and do not justify the amount of interest claimed.**

2

**For these reasons, this claim should be disallowed and stricken in its entirety." (Emphasis added)**

## B. Basis to Overrule and Deny the Relief Requested in the Objection

8. Sufficient grounds exist to deny the relief requested by the Debtor in the Objection which include, but are not limited to, the following:

a. The contents of the Objection are silent as to the Debtors' basis for the assertion "Upon information and belief"; and

b. The Objection is unsupported by any competent, material evidence and/or supporting documentation; and

c. Prior to the Petition Date, the Debtor was personally assessed for, and notified on numerous occasions of, the extent of the obligations contained in the Claim; and

d. The Debtor failed to timely contest the pre-petition personal assessments for determination of tax liability required under Tax Law §1138(a).

## C. Applicable Statutes and Case Law

9. The relevant provisions of the Tax Law are Sections 1131 and 1133(a). Section 1131 provides, in pertinent part, as follows:

"§1131. Definitions

When used in part IV,

(1) 'Persons required to collect tax' or person required to collect any tax imposed by this article' shall include: every vendor of tangible personal property or services; - - -. Said terms shall also include any officer, director or employee of a corporation or a dissolved corporation - - - who as such officer, director, employee or manager is under a duty to act for such corporation, - - -."

3

Section 1133(a) states, in essence, that a person responsible for collection of sales tax under Section 1131 is personally liable for payment of the tax; in this case the Debtor is responsible for the payment of the sales taxes of Stromberg, LLC.

10. Where an individual is assessed for sales tax liabilities as a responsible person under Sections 1131 and 1133(a) of the Tax Law, the burden is upon the Debtor to establish by clear and convincing evidence that the assessment is erroneous. Matter of Blodnick v. New York State Tax Commission, 124 A.D.2d 437 (3rd Dept. 1986), 507 N.Y.S.2d 536.

11. Notices of the personal assessments against the Debtor were sent by NYSTAX. Tax Law Section 1138(a) provides that a determination of tax liability becomes final unless the person against whom it is assessed applies to the tax department, within ninety (90) days of the notice of such determination, for a hearing. The Debtor never applied for a hearing and, is now time-barred from doing so in this Case.

12. Pursuant to Tax Law, Article 28, §1142 (9) " In computing the amount of any interest required to be paid under this article by the commissioner or by the taxpayer, or any other amount determined by reference to such amount of interest, *such interest and amount shall be compounded daily.*" (Emphasis added);

13. Pursuant to Tax Law, Article 28, §1145 (a)(1)(ii), interest on the unpaid 2009 Assessment accrued at the rate of fourteen and one-half (14.5%) per annum.

14. Accordingly, despite any payments made by, or on behalf of, the Debtor as stated in the Objection, the records of NYSTAX reflect a balance due from the Debtor as set forth on the Claim.

15. Consequently it is respectfully submitted that the Objection should be overruled and

4

denied in its' entirety.

**Wherefore,** the New York State Department of Taxation and Finance requests that the Court issue an order overruling the Objection and allowing the Claim as filed, and for such other and further relief as to the Court may seem just and proper.

Dated:  November 7, 2018
Albany, New York

Respectfully submitted,
Barbara D. Underwood
Attorney General of the State of New York

By: /s/ Louis J. Testa
Louis J. Testa, Esq.
Assistant Attorney General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capitol
Albany, New York 12224-0341
Telephone: (518) 776-2607
Facsimile: (518) 650-9368
Email: Louis.Testa@ag.ny.gov

## CERTIFICATE OF SERVICE

I, Louis J. Testa of the NYS Office of the Attorney General, hereby certify that on

the 7th day of November, 2018, I mailed a copy of the annexed Response of the New York State

Department of Taxation and Finance to the Debtors' Objection to Claim No. 7 ("Response") via

regular U.S. mail, postage pre-paid, to the following entities and parties in interest:

**Christopher Panagakos, Esq.**
120 E Oakland Park Blvd.
Palm Beach, Fl. 33480
(*Attorney for Debtor*)

**Heidi A. Feinman, Esq.**
Office of the U.S. Trustee
51 SW 1st Ave #1204
Miami, Fl. 33130
(*US Trustee*)

**Mark Alan Levine, Esq.**
U.S. Attorney's Office
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
(*Attorney for U.S.A./I.R.S*)

**Joaquin J. Alemany, Esq.**
Holland & Knight, LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131
(*Attorney for DB Private Wealth Mortgage, Ltd.*)

**Steven C. Jones, Esq.**
Wilson, Elser, Moskowitz, Edelman
100 SE Second St. STE
Miami, FL 33131

**Edward A. Marod, Esq.**
777 S Flagler Dr. #500 E
West Palm Beach, FL 33401

Dated: November 7, 2018
    Albany, New York

/s/ Louis J. Testa
Louis J. Testa

Exhibit "A"

**Fill in this information to identify the case:**

Debtor 1   Robert Matthews

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Southern District of Florida**

Case number:  17-23426

**FILED**

**U.S. Bankruptcy Court**
**Southern District of Florida**

12/18/2017

**Joseph Falzone, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | New York State Department of Taxation & Finance <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? |

| | | |
|---|---|---|
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> New York State Department of Taxation & Finance <br><br> Name <br><br> Bankruptcy Section <br> P O Box 5300 <br> Albany, NY 12205-0300 <br><br> Contact phone _____ 518-457-3160 _____ <br><br> Contact email _____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | **Where should payments to the creditor be sent? (if different)** <br><br> _____ <br><br> Name <br><br> _____ <br><br> Contact phone _____ <br><br> Contact email _____ |

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br> MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                    Proof of Claim                    page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 3047 |

**7. How much is the claim?**  $ ___299684.43___

**Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

SALES TAX

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $ _____

**Amount of the claim that is secured:**  $ _____

**Amount of the claim that is unsecured:**  $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $ _____

**Annual Interest Rate** (when case was filed) ___ . ___ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410                     Proof of Claim                     page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the lawl imits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 278759.06 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/18/2017

MM / DD / YYYY

/s/  Pugliese/Cummings

Signature

Print the name of the person who is completing and signing this claim:

Name    Pugliese/Cummings

First name    Middle name    Last name

Title    Clerk II/Mgr. I

Company    New York State Dept. of Tax & Finance Bankruptcy

Address    Identify the corporate servicer as the company if the authorized agent is a servicer
P O Box 5300

Number  Street
Albany, NY 12205-0300

City  State  ZIP Code

Contact phone    518-457-3160    Email _____

**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

**Statement date:**  12/23/2017

**Amendment:**  1st

**Case number:**  17-23426 PGH
Refer to this number for inquiries

**Total claim amount:**  $299,684.43

### Pre-Petition Proof of Claim

**Taxpayer ID#:**  3047

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
THE FLAGLER WATERVIEW BLDG
1515 NORTH FLAGLER DR., 8TH FL
WEST PALM BEACH, FL  33401

This is a statement of tax liabilities for MATTHEWS-ROBERT V.  Penalty and interest for each liability is computed to 11/6/2017.

**Unsecured Priority Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|----------|-----------|---------------|-----|---------|----------|-------|------|
| SALES | 05/31/04 | L-033124285-9 | 0.00 | 0.00 | 278,759.06 SubTotal $ | 278,759.06 RPA 278,759.06 | |

**General Unsecured Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|----------|-----------|---------------|-----|---------|----------|-------|------|
| SALES | 05/31/04 | L-033124285-9 | 0.00 | 20,925.37 | 0.00 SubTotal $ | 20,925.37 RPA 20,925.37 | |

This claim amends and supercedes the previous claim dated 12/13/2017.
Current Annual Interest Rates by Tax Type: Sales and Use - 14.5%
Liability Type Descriptions: RPA - Responsible Person Assessment

TC-988 (10/00)     171218131113000001



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
Attorney General

DIVISION OF STATE COUNSEL
Civil Recoveries Bureau
Bankruptcy Litigation Unit

November 7, 2018

Court Clerk
United States Bankruptcy Court
Southern District of Florida
Flagler Waterview Building
1515 North Flagler Drive
West Palm Beach, FL 33401

### In re:  Robert Matthews (Chapter 11) Case No. 17-23426-MAM
### Debtors' Objection to Claim (Doc. No. 207)

Dear Sir or Madam:

The undersigned represents the New York State Department of Taxation and Finance with regard to the above referenced bankruptcy case and contested matter.

Enclosed herewith for filing please find an original and one copy of the Response of the New York State Department of Taxation and Finance to Objection to Claim No. 7 - 1("Response") dated November 7, 2018.

Upon filing, please view this letter as a request that you return a time stamped copy of the Response to our office in the enclosed self-addressed, pre-paid, return envelope that has been provided for your convenience.

Please do not hesitate to contact me if you have any questions or require further information on this request.

Thank you for your time and attention to this matter.

Respectfully yours,

Louis J. Testa, Esq.
Assistant Attorney General
State of New York
(518) 776-2607
louis.testa@ag.ny.gov

The Capitol, Albany, N.Y. 12224-0341 • Phone (518) 776-2607• Fax (518) 650-9368 * NOT FOR THE SERVICE OF PAPERS
Http://www.oag.ny.gov