UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**

IN RE                                                                    CASE NO. 17-23426-MAM

ROBERT MATTHEWS,                                          CHAPTER 11

      Debtor.
_____/

**SETH BERNSTEIN'S RESPONSE TO CLAIM OBJECTION**

Seth Bernstein ("Claimant") responds to the Objection to Claim (ECF#207) filed by the Debtor, Robert Matthews ("Debtor"), and states:

1.  Claimant's Proof of Claim No. 83-2 ("Claim") is based on a Credit Enhancement Agreement executed by the Debtor, pursuant to which the Debtor agreed, *inter alia*, that Claimant would be entitled to (a) indemnification for any portion of the bond collateral provided by Claimant for the benefit of the Debtor in connection with a foreclosure proceeding against the Debtor's property at 101 Casa Bendita ("Property"); and (b) 25% of the net proceeds from the sale of the Property.

2.  The Debtor has objected to the Claim on the basis that "Bond in same amount was returned to creditor. Moreover, any claimed lien was never perfected. For these reasons, this claim should be disallowed and stricken in its entirety."

3.  Since filing the Claim, Claimant has been granted stay relief to obtain the return of the bond collateral. Accordingly, Claimant does not dispute that the portion of the Claim for the bond collateral has been rendered moot and may be disallowed.

4.  However, Claimant remains entitled to the remainder of the claim, i.e., a claim equal to 25% of the net proceeds from the sale of the Property – the amount of which will be liquidated when the Property is sold.

1

5. Even if the Debtor is correct that any lien associated with the claim is unperfected, Claimant is in any event entitled to an unsecured claim pursuant to the Credit Enhancement Agreement. Accordingly, the Debtor's proposed disposition that the claim should be "disallowed and stricken in its entirety" is inappropriate and unsupported.

**WHEREFORE**, Claimant requests that the Objection to Claim be overruled in part, and that Claimant's Claim No. 83-2 be allowed as an unsecured claim in an amount equal to 25% of the net proceeds of the sale of the Debtor's Property.

Dated: November 12, 2018.

                                                KOZYAK TROPIN & THROCKMORTON, LLP
Counsel for Seth Bernstein
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel:   (305) 372-1800
Fax:   (305) 372-3508

By:   */s/ David L. Rosendorf*
       David L. Rosendorf
       FL Bar No. 996823

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on this 12th day of November, 2018.

By:   */s/ David L. Rosendorf*
       David L. Rosendorf