Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17–23426–MAM

Chapter: 11

**In re:**

Robert Matthews
aka Robert V. Matthews, aka Bob Matthews
101 Casa Bendita
Palm Beach, FL 33480

SSN: xxx–xx–3047

## RENOTICE OF HEARING

Per Hearing Held 01/18/2019 @10:30am

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **February 5, 2019** at **03:00 PM,** at the following location:

**Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401**

to consider the following:

**Motion For the Entry of an Order (I) Approving Bid Procedures and Bid Protection in Connection With the Sale of Debtor's Homestead, (II) Approving the Form and Manner of Notice of Sale, (III) Scheduling an Auction and Sale Hearing and (IV) Approving the Sale of Debtor's Homestead Free and Clear of Liens Claims and Encumbrances Pursuant to 11 USC 363 f. [$181 Fee Paid] Filed by Debtor Robert Matthews. (403)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON–EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: <u>1/18/19</u>

CLERK OF COURT
By: <u>Maria Romaguera–Serfaty</u>
Courtroom Deputy