**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE: Case No.: 17-23426-MAM

ROBERT MATTHEWS, Chapter 11

Reorganized Debtor.

______________________________________/

**NOTICE OF FILING**

COMES NOW, the Reorganized Debtor, ROBERT MATTHEWS, by and through undersigned counsel, hereby gives notice of filing the published notice of the auction sale of the real property located at 101 Casa Bendita, Palm Beach, FL free and clear of all Liens pursuant to Section 363(f) of the Bankruptcy Code. The Liquidating Agent published the notice in the Legal Notices section of the Palm Beach Post on both Friday, March 8, 2019 (p. B9) and on Monday of the following week, March 11, 2019 (p. B5).

Respectfully Submitted,

FLORIDA BANKRUPTCY ADVISORS, P.L.

/s/ Christian Panagakos
Christian Panagakos
FL Bar No.: 65579
120 E. Oakland Park Blvd., Suite 207
Oakland Park, FL 33334
Tel: 954-600-8990/Fax: 954-692-9070
Email: cp@floridabankruptcyadvisors.com
*Attorneys for Debtor*

**NOTICE OF BANKRUPTCY SALE FREE AND CLEAR OF ALL LIENS PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE**

**Bankruptcy Case:** 17-23426-MAM, Southern District of Florida, Palm Beach Division

**Property Address:** 101 Casa Bendita, Palm Beach, Florida 33480

**Legal Description:** Lot 6, Casa Bendita, according to the plat thereof as recorded in Plat Book 27, Page 22, Public Records of Palm Beach County, Florida

**Scheduled Auction:** March 28, 2019, 11am (EST), onsite at Property location

**Sale Hearing:** April 1, 2019, 10am (EST), at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

Note: The Sale Hearing seeks the Bankruptcy Court's approval to sell the above-described real property free and clear of all liens pursuant to Section 363(f) of the Bankruptcy Code, with any remaining post-confirmation liens to attach to the instant sale proceeds, in accordance with the Bankruptcy Case and other applicable law. Objections to the proposed treatment shall be filed with the Bankruptcy Court no later than March 25, 2019.

For more information, contact attorney Christian Panagakos of Florida Bankruptcy Advisors, P.L. at 954-600-8990, or Fisher Auction Company at 954-942-0917.
3-8, 3-11/2019

0000463862-01

# DAILY LAW JOURNAL

## divorce

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO: 2019DR001582XXXXNB
DIVISION: FI
IN RE: The Marriage of
Kimolyn C Mitchell
Wife,
and
Elton L McKoy,
Husband

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE**

TO: Elton L McKoy
1028 Indian Trace Cir #302
West PalmBeach, FL 33407
YOU ARE NOTIFIED that an action has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Kimolyn C Mitchell, whose address is 3196 N Jog Rd #6202, West Palm Beach, FL 33411 on or before 4/1/19 and file the original with the clerk of this Court at 205 N. Dixie Hwy., West Palm Beach, FL 33401 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in petition.
Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address. [You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.] Future papers in this lawsuit will be mailed or e-mailed to the address[es] on record at the clerk's office.
WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated 2/22/19
CLERK OF THE CIRCUIT COURT
BY: Katharine Johnson
Deputy Clerk
3-1, 3-8, 3-15, 3-22/2019
0000460047-01

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO: 502019DR001424XXXXNB
DIVISION: FJ
Rafael Serna
Petitioner
And
Claudia Jimena Galindo
Respondent

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE**

TO: Claudia Jimena Galindo
Last known address: 114 Lake Irene Drive, West Palm Beach, FL 33411
YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Rafael Serna whose address is 114 Lake Irene Drive, West Palm Beach, FL 33411 on or before April 5, 2019 and file the original with the clerk of the Court at 3188 PGA Blvd., Palm Beach Gardens, FL 33410 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in petition.
Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address. [You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.] Future papers in this lawsuit will be mailed or e-mailed to the address[es] on record at the clerk's office.
WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated: February 15, 2019
CLERK OF THE CIRCUIT COURT
BY: Shawna Bentley
Deputy Clerk
2-22, 3-1, 3-8, 3-15/2019
0000458520-01

## fictitious name

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Storage Treasures located at 148 Monterey Bay Dr in the County of PALM BEACH in the City of Boynton Beach Florida 33426 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 6th day of March, 2019
OpenTech Alliance, Inc.
3-8/2019
0000463867-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Harrison's Services located at 6075 Seminole Gardens Circle in the County of PALM BEACH in the City of Riviera Beach Florida 33418 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 6th day of March, 2019
Ossel Harrison
3-8/2019
0000463684-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of FPL Home Services located at 700 Universe Blvd in the County of PALM BEACH in the City of Juno Beach Florida 33408 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 5th day of March 2019
Jupiter-Tequesta A/C, Plumbing & Electric, LLC
3-8/2019
0000463566-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Fitness 4 Every Body located at 4430 Northlake Blvd., Palm Beach Gardens, FL 33410 in the County of PALM BEACH in the City of Palm Beach Gardens, Florida 33410 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at Jupiter, Florida this 5th day of March 2019
Roundtable Fitness LLC
3-8/2019
0000463553-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Cruise Bogle Designs located at 1300 NW 17th Avenue, Suite 273D in the County of PALM BEACH in the City of Delray Beach Florida 33435 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 5th day of March, 2019
Cruiseybabby Enterprises, LLC
3-8/2019
0000463470-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Eclective located at 705 Lake Avenue in the County of PALM BEACH in the City of Lake Worth Florida 33460 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 3rd day of March, 2019.
Robin Benowitz
3-8/2019
0000463455-01

## fictitious name

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Copper Cloud SC located at 2325 Cherokee Circle in the County of PALM BEACH in the City of West Palm Beach Florida 33409 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 3rd day of March, 2019
One Loop LLC
3-8/2019
0000463374-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes
NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of AltDynamic located at 2325 Cherokee Circle in the County of PALM BEACH in the City of West Palm Beach Florida 33409 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 3rd day of March, 2019
One Loop LLC
3-8/2019
0000463371-01

## foreclosure

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION
CASE NO.: 502018CA007624XXXXMB
MTGLQ INVESTORS, L.P.
Plaintiff(s),
vs.
JOSHUA W. BEVERLY; RAQUEL S. BEVERLY; THE UNKNOWN SPOUSE OF JOSHUA W. BEVERLY; THE UNKNOWN SPOUSE OF RAQUEL S. BEVERLY; THE RESIDENCES OF BELMONT AT BOYTON BEACH CONDOMINIUM ASSOCIATION, INC.; THE UNKNOWN TENANT IN POSSESSION
Defendant(s)

**NOTICE OF FORECLOSURE SALE**

NOTICE IS HEREBY GIVEN THAT, pursuant to Plaintiff's Final Judgment of Foreclosure entered on 19th day of February, 2019, in the above-captioned action, the Clerk of Court, Sharon R. Bock, will sell to the highest and best bidder for cash at www.mypalmbeachclerk.clerkauction.com in accordance with Chapter 45, Florida Statutes on the 21st day of March, 2019 at 10:00 AM on the following described property as set forth in said Final Judgment of Foreclosure or order, to wit:
Condominium Unit No. 1910, RESIDENCES OF BELMONT AT BOYNTON BEACH, A CONDOMINIUM, together with an undivided interest in the Common Elements, according to the Declaration of Condominium, thereof recorded in Official Record Book 16... Page 381, as amended from time to time, of the Public Records of Palm Beach County, Florida.
Property address: 1910 Belmont Pl... Boynton Beach, FL 33436
Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens, must file a claim within sixty (60) days after the sale.
AMERICANS WITH DISABILITIES ACT. IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT GERMAINE ENGLISH, AMERICANS WITH DISABILITIES ACT COORDINATOR, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355 4380 AT LEAST 7 DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE, OR IMMEDIATELY UPON RECEIVING THIS NOTIFICATION IF THE TIME BEFORE THE SCHEDULED APPEARANCE IS LESS THAN 7 DAYS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 711.
SI USTED ES UNA PERSONA MINUSVALIDA QUE NECESITA ALGUN ACOMODAMIENTO PARA PODER PARTICIPAR EN ESTE PROCEDIMIENTO, USTED TIENE DERECHO, SIN TENER GASTOS PROPIOS, A QUE SE LE PROVEA CIERTA AYUDA. TENGA LA AMABILIDAD DE PONERSE EN CONTACTO CON GERMAINE ENGLISH, 205 N. DIXIE HIGHWAY, WEST PALM BEACH, FLORIDA 33401; TELEFONO NUMERO (561) 355-4380, POR LO MENOS 7 DIAS ANTES DE LA CITA FIJADA PARA SU COMPARECENCIA EN LOS TRIBUNALES, O INMEDIATAMENTE DESPUES DE RECIBIR ESTA NOTIFICACION SI EL TIEMPO ANTES DE LA COMPARECENCIA QUE SE HA PROGRAMADO ES MENOS DE 7 DIAS; SI USTED TIENE DISCAPACITACION DEL OIDO O DE LA VOZ, LLAME AL 711.
SI OU SE YON MOUN KI ENFIM KI BEZWEN AKOMODASYON POU W KA PATISIPE NAN PWOSEDI SA, OU KALIFYE SAN OU PA GEN OKENN LAJAN POU W PEYE, GEN PWOVIZYON POU JWEN KEK ED. TANPRI KONTAKTE GERMAINE ENGLISH, KOODONATE PWOGRAM LWA POU AMERIKEN KI ENFIM YO NAN TRIBINAL KONTE PALM BEACH LA KI NAN 205 NORTH DIXIE HIGHWAY, WEST PALM BEACH, FLORIDA 33401; TELEFON LI SE (561) 355 4380 NAN 7 JOU ANVAN DAT OU GEN RANDEVOU POU PARET NAN TRIBINAL LA, OUBYEN IMEDYATMAN APRE OU FIN RESEVWA KONVOKASYON AN SI LE OU GEN POU W PARET NAN TRIBINAL LA MWENS KE 7 JOU; SI OU GEN PWOBLEM POU W TANDE OUBYEN PALE, RELE 711.
PADGETT LAW GROUP
HARRISON SMALBACH, ESQ.
Florida Bar # 116255
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
attorney@padgettlawgroup.com
Attorney for Plaintiff
Pursuant to the Fla. R. Jud. Admin. 2.516, the above signed counsel for Plaintiff designates attorney@padgettlawgroup.com as its primary e-mail address for service, in the above styled matter, of all pleadings and documents required to be served on the parties.
3-1, 3-8/2019
0000461182-01

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION
CASE NO.: 502018CA006306XXXXMB
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-J2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-J2
Plaintiff(s),
vs.
ROSCOE A. MUSSELWHITE, JR.; KAREN S. MUSSELWHITE; THE UNKNOWN SPOUSE OF KAREN S. MUSSELWHITE; THE UNKNOWN SPOUSE OF ROSCOE A. MUSSELWHITE JR.; ANGELINA KAY RODRIGUEZ; THE UNKNOWN TENANT IN POSSESSION,
Defendant(s).

**NOTICE OF FORECLOSURE SALE**

NOTICE IS HEREBY GIVEN THAT, pursuant to Plaintiff's Final Judgment of Foreclosure entered on 12th day of February, 2019, in the above-captioned action, the Clerk of Court, Sharon R. Bock, will sell to the highest and best bidder for cash at www.mypalmbeachclerk.clerkauction.com in accordance with Chapter 45, Florida Statutes on the 14th day of March, 2019 at 10:00 AM on the following described property as set forth in said Final Judgment of Foreclosure or order, to wit:
Parcel M-5, lying in Section 4, Township 41 South, Range 41 East, Palm Beach County, Florida, being in the East 1/2 of the Northwest 1/4 of the Northeast 1/4 of the said Section 4, Less the South 990 feet thereof, and less that part thereof lying North of the South line of a 50 foot canal right of way therein as recorded in Public Records of Palm Beach County, Florida in Plat Book 24, Page 7.
Property address: 17951 133rd Trail North, Jupiter, FL 33478
Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens, must file a claim within sixty (60) days after the sale.
AMERICANS WITH DISABILITIES ACT. IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT GERMAINE ENGLISH, AMERICANS WITH DISABILITIES ACT COORDINATOR, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355 4380 AT LEAST 7 DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE, OR IMMEDIATELY UPON RECEIVING THIS NOTIFICATION IF THE TIME BEFORE THE SCHEDULED APPEARANCE IS LESS THAN 7 DAYS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 711.
SI USTED ES UNA PERSONA MINUSVALIDA QUE NECESITA ALGUN ACOMODAMIENTO PARA PODER PARTICIPAR EN ESTE PROCEDIMIENTO, USTED TIENE DERECHO, SIN TENER GASTOS PROPIOS, A QUE SE LE PROVEA CIERTA AYUDA. TENGA LA AMABILIDAD DE PONERSE EN CONTACTO CON GERMAINE ENGLISH, 205 N. DIXIE HIGHWAY, WEST PALM BEACH, FLORIDA 33401; TELEFONO NUMERO (561) 355-4380, POR LO MENOS 7 DIAS ANTES DE LA CITA FIJADA PARA SU COMPARECENCIA EN LOS TRIBUNALES, O INMEDIATAMENTE DESPUES DE RECIBIR ESTA NOTIFICACION SI EL TIEMPO ANTES DE LA COMPARECENCIA QUE SE HA PROGRAMADO ES MENOS DE 7 DIAS; SI USTED TIENE DISCAPACITACION DEL OIDO O DE LA VOZ, LLAME AL 711.
SI OU SE YON MOUN KI ENFIM KI BEZWEN AKOMODASYON POU W KA PATISIPE NAN PWOSEDI SA, OU KALIFYE SAN OU PA GEN OKENN LAJAN POU W PEYE, GEN PWOVIZYON POU JWEN KEK ED. TANPRI KONTAKTE GERMAINE ENGLISH, KOODONATE PWOGRAM LWA POU AMERIKEN KI ENFIM YO NAN TRIBINAL KONTE PALM BEACH LA KI NAN 205 NORTH DIXIE HIGHWAY, WEST PALM BEACH, FLORIDA 33401; TELEFON LI SE (561) 355 4380 NAN 7 JOU ANVAN DAT OU GEN RANDEVOU POU PARET NAN TRIBINAL LA, OUBYEN IMEDYATMAN APRE OU FIN RESEVWA KONVOKASYON AN SI LE OU GEN POU W PARET NAN TRIBINAL LA MWENS KE 7 JOU; SI OU GEN PWOBLEM POU W TANDE OUBYEN PALE, RELE 711.
PADGETT LAW GROUP
HARRISON SMALBACH, ESQ.
Florida Bar # 116255
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
attorney@padgettlawgroup.com
Attorney for Plaintiff
Pursuant to the Fla. R. Jud. Admin. 2.516, the above signed counsel for Plaintiff designates attorney@padgettlawgroup.com as its primary e-mail address for service, in the above styled matter, of all pleadings and documents required to be served on the parties.
3-1, 3-8/2019
0000461172-01

## legal notice

**NOTICE OF BANKRUPTCY SALE FREE AND CLEAR OF ALL LIENS PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE**

Bankruptcy Case: 17-23426-MAM, Southern District of Florida, Palm Beach Division

Property Address: 101 Casa Bendita, Palm Beach, Florida 33480

Legal Description: Lot 6, Casa Bendita, according to the plat thereof as recorded in Plat Book 27, Page 22, Public Records of Palm Beach County, Florida

Scheduled Auction: March 28, 2019, 11am (EST), onsite at Property location

Sale Hearing: April 1, 2019, 10am (EST), at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

Note: The Sale Hearing seeks the Bankruptcy Court's approval to sell the above-described real property free and clear of all liens pursuant to Section 363(f) of the Bankruptcy Code, with any remaining post-confirmation liens to attach to the instant sale proceeds, in accordance with the Bankruptcy Case and other applicable law. Objections to the proposed treatment shall be filed with the Bankruptcy Court no later than March 25, 2019.

For more information, contact attorney Christian Panagakos of Florida Bankruptcy Advisors, P.L. at 954-600-8990, or Fisher Auction Company at 954-942-0917.
3-8, 3-11/2019
0000463862-01

## notice to bid

**INVITATION TO BID HYDRAULIC SYSTEM PARTS, SERVICE AND REPAIR**

**(CERTIFIED SBE ONLY)**

**SWA Bid No. 19-10/AL**

The Solid Waste Authority of Palm Beach County (Authority) requests interested parties to submit sealed bids for the above item. Bid specifications will be available daily from 8:00 AM to 5:00 PM, at the Authority's Administrative Offices, located at 7501 North Jog Road, West Palm Beach, FL 33412. Contact Ms. Marina Kane, Purchasing Specialist, Purchasing Services, at (561) 640-4000, ext. 4520, for further information. Most bids can also be downloaded from the Web site at www.swa.org.

All bids must be received by the Authority, at the above address, not later than 2:00 PM on **APRIL 8, 2019.** Bids shall be opened and read publicly immediately thereafter.

MW/SBE firms are strongly encouraged to participate in the bidding process.
3-8, 3-9, 3-10/2019
0000463234-01

**Legal Notice**

Notice is hereby given that Robling Architecture Construction, Inc. (Construction Manager) for The School District of Palm Beach County, Florida (Owner) will receive Bids for Facility Renovation and Repairs for Western Pines Middle School.

5949 140th Avenue N
West Palm Beach, FL 33411
SDPBC P/N 2451-7100

Scope of work includes exterior improvements, roof repairs, door and window replacement/repairs, pressure cleaning, painting, caulking, fire alarm replacement, electrical, HVAC exhaust fan replacement, selective demolition, VCT flooring, ACT, painting, plumbing fixtures, ceramic tile and concrete. All work will be performed during school breaks or outside normal school hours.

Performance & Payment bond will be required for proposals exceeding $100,000.00.

Interested Bidders shall contact Jeremy Sullivan (jsullivan@robling.com) and Melissa Nicosia (melissa@robling.com) for access to bid package. No phone calls please. Bid due date and pre-bid meeting will be provided with the invitation to bid. Proposals will be received at the office of Robling Architecture Construction, Inc. 101 Walker Avenue, Greenacres, FL. 33463.

Owner and / or Construction Manager reserve the right to reject any or all proposals or to accept any proposals which is in its best interest. Owner and / or Construction Manager also reserve the right to waive any informalities and technicalities in procedure.

All costs incurred by Proposer in preparing a Proposal shall be the sole responsibility of the Proposer.
2-22, 3-1, 3-8/2019
0000458831-01

Whether you're looking for jobs, cars, homes, a dog for the kids, a used bugle or violin, garage sales, or a little bit of everything - you can find it with us!

## notice to bid

**Legal Notice**

Notice is hereby given that Robling Architecture Construction, Inc. (Construction Manager) for The School District of Palm Beach County, Florida (Owner) will receive Bids for Facility Renovation and Repairs for Northmore Elementary School.

4111 N. Terrace Drive
West Palm Beach, FL 33407
SDPBC P/N 0271-7100

Scope of work includes exterior improvements, roof replacement/repairs, door and window replacement/repairs, pressure cleaning, painting, caulking, intercom replacement, fire alarm replacement, electrical, HVAC equipment replacement, selective demolition, VCT flooring, ACT, painting, plumbing fixtures and concrete. All work will be performed during school breaks or outside normal school hours.

Performance & Payment bond will be required for proposals exceeding $100,000.00.

Interested Bidders shall contact Jeremy Sullivan (jsullivan@robling.com) and Melissa Nicosia (melissa@robling.com) for access to bid package. No phone calls please. Bid due date and pre-bid meeting will be provided with the invitation to bid. Proposals will be received at the office of Robling Architecture Construction, Inc. 101 Walker Avenue, Greenacres, FL. 33463.

Owner and / or Construction Manager reserve the right to reject any or all proposals or to accept any proposals which is in its best interest. Owner and / or Construction Manager also reserve the right to waive any informalities and technicalities in procedure.

All costs incurred by Proposer in preparing a Proposal shall be the sole responsibility of the Proposer.
2-22, 3-1, 3-8/2019
0000458829-01

**Legal Notice**

Notice is hereby given that Robling Architecture Construction, Inc. (Construction Manager) for The School District of Palm Beach County, Florida (Owner) will receive Bids for Facility Renovation and Repairs for Carver Middle School.

101 Barwick Road
Delray Beach, FL 33445
SDPBC P/N 2041-7101

Scope of work includes exterior improvements, pressure cleaning, painting, caulking, intercom replacement, fire alarm replacement, electrical, HVAC equipment replacement, selective demolition, VCT flooring, ACT, interior painting, plumbing fixtures, ceramic tile and concrete. All work will be performed during school breaks or outside normal school hours.

Performance & Payment bond will be required for proposals exceeding $100,000.00.

Interested Bidders shall contact Holly Serrano (hserrano@robling.com) and Melissa Nicosia (melissa@robling.com) for access to bid package. No phone calls please. Bid due date and pre-bid meeting will be provided with the invitation to bid. Proposals will be received at the office of Robling Architecture Construction, Inc. 101 Walker Avenue, Greenacres, FL. 33463.

Owner and / or Construction Manager reserve the right to reject any or all proposals or to accept any proposals which is in its best interest. Owner and / or Construction Manager also reserve the right to waive any informalities and technicalities in procedure.

All costs incurred by Proposer in preparing a Proposal shall be the sole responsibility of the Proposer.
2-22, 3-1, 3-8/2019
0000458827-01

**REQUEST FOR LETTERS OF INTEREST FOR VARIOUS COMMUNITY GARDEN SERVICES FOR THE RIVIERA BEACH COMMUNITY REDEVELOPMENT AGENCY (LOI NO. 2019-01) 2001 BROADWAY, SUITE 300 Riviera Beach, FL 33404**

The Riviera Beach CRA is requesting an LOI from qualified candidates which to provide various community garden services at our newly constructed community garden.

One (1) original and five (5) copies of the requested information shall be submitted no later than 3:30 pm on March 29, 2019 to the Riviera Beach Community Redevelopment Agency. Letters of Interest received after this deadline will not be considered.

All submittals must be delivered or mailed to:
**RIVIERA BEACH COMMUNITY REDEVELOPMENT AGENCY 2001 BROADWAY, SUITE 300 RIVIERA BEACH, FL 33404**

ENVELOPES MUST BE IDENTIFIED AS: **LOI NO. 2019-01 – VARIOUS COMMUNITY GARDEN SERVICES**

Interested parties may acquire a copy of the LOI by downloading it from our website at www.rbcra.com, or by contacting the Riviera Beach Community Redevelopment Agency (CRA) by calling (561)844-3408 to arrange for pick up at the Riviera Beach Community Redevelopment Office listed above.

The CRA reserves the right to provide addenda, to reject any or all qualifications, to negotiate individually with one or more submitters, and to select one or more companies/submitters on the basis of what the Selection Committee determines to be in the best interest of the CRA.
2-15, 2-22, 3-1, 3-8, 3-15, 3-22/2019
0000456866-01

**REQUEST FOR PROPOSALS (RFP) No. 6000000944 (REVISED) Ecological and Environmental Scientific and Technology Support Services: Technical Support**

The Procurement Bureau of the South Florida Water Management District, B-1 Building, 3301 Gun Club Road, West Palm Beach, Florida 33406, will conduct a public meeting for Ecological and Environmental Scientific and Technology Support Services: Technical Support.

**(REVISED)**
**EVALUATION COMMITTEE MEETING:**
1. March 18, 2019, 11:00am, B-1 2A Bridge Conference Room
2. (Alternate Date): March 19, 2019, 11:00am, B-1 2A Bridge Conference Room

Any meetings with District staff regarding this solicitation are subject to the provisions of Section 286.0113, Florida Statutes, which provides, in part, that any portion of a meeting at which a negotiation with a vendor is conducted pursuant to a competitive solicitation, at which a vendor makes an oral presentation as part of a competitive solicitation, or at which a vendor answers questions as part of a competitive solicitation is exempt from s. 286.011 and s. 24(b), Art. I of the State Constitution.
3-8/2019
0000463222-01

**RIVIERA BEACH COMMUNITY REDEVELOPMENT AGENCY (RBCRA) INVITATION TO BID No. ITB 2019-01 LANDSCAPE MAINTENANCE & IRRIGATION SERVICES FOR RIVIERA BEACH MARINA VILLAGE Attention: Andre' Lewis, Project Manager (561) 844-3408, Phone (561) 881-8043, Fax alewis@rbcra.com**

The Riviera Beach Community Redevelopment Agency is seeking a qualified licensed/certified Independent Landscaping Contractor to provide firm pricing to for the maintenance of the Marina Village landscaping throughout Marina Up Lands, Promenade, Bicentennial Park, Avenue "C" Corridor from 15th Street to 11th Street and 13th Street Corridor from Avenue C to Broadway and the parcel of land formerly known as Spanish Courts.

Sealed proposals shall be received at the Riviera Beach Community Redevelopment Agency, 2001 Broadway, Suite 300, Riviera Beach, FL 33404, from issue date March 4, 2019 until Wednesday, March 25, 2019 at 4:00 pm (EST). Late submittals will not be accepted or considered.

Bid documents, including a scope of services, may be obtained at the Riviera Beach Community Redevelopment Agency, 2001 Broadway, Suite, 300 Riviera Beach, FL 33404 between the hours of 9am-4pm. Additionally, packets may be obtained by visiting the CRA's Web Site at www.rbcra.com . Bids shall be prepared, addressed and submitted in compliance with the instructions set forth in the bid documents. The Riviera Beach Community Redevelopment Agency reserves the right to reject any or all bids and to waive technicalities, if necessary.

REFER ALL QUESTIONS TO:
Andre' Lewis, Project Manager
Phone: 561-844-3408 Fax: 561-881-8043
E-Mail: alewis@rbcra.com
PLEASE SUBMIT ONE (1) ORIGINAL AND TWO (2) COPIES OF YOUR PROPOSAL AND ONE (1) COPY SUBMITTED ELECTRONICALLY ON A USB DRIVE STORAGE DEVICE.
3-3, 3-4, 3-8, 3-9, 3-10/2019
0000461588-01

## notice to creditor

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION
File No.: 2019CP00130XXXXMB
IN RE: ESTATE OF
ANNE K. SLATER
AKA DORIS K. SLATER,
Deceased

**NOTICE TO CREDITORS**

The administration of the estate of Anne K. Slater aka Doris K. Slater, deceased, whose date of death was December 24, 2017, is pending in the Circuit Court for Palm Beach County, Florida, Probate Division, the address of which is 205 North Dixie Highway, West Palm Beach, Florida 33401. The name and address of the personal representative and the personal representative's attorney are set forth below.
All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this Court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this Court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.
All claims not filed within the time periods set forth in section 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED. NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.
The date of first publication of this notice is March 1, 2019.
Attorney for Personal Representative:
Brian C. Layman, Esquire
Florida Bar No. 0850691
4481 Munson Street, NW - #301
Canton, OH 44718
Telephone: 330-493-8833
Personal Representative:
Virginia Marie Byington
2520 Fairway Island Drive
Wellington, Florida 33414
3-1, 3-8/2019
0000461372-01

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION
File Number:
502019CP000881XXXXNB
IN RE: ESTATE OF
Martin Zippel,
Deceased.

**NOTICE TO CREDITORS**

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:
The administration of the estate of Martin Zippel, deceased, File Number: 502019CP000881XXXXNB, is pending in the Circuit Court for Palm Beach County, Florida, Probate Division, the address of which is 3188 PGA Boulevard, Room 1211, Palm Beach Gardens, FL 33410. The names and addresses of the personal representative and the personal representative's attorney are set forth below.
ALL INTERESTED PERSONS ARE NOTIFIED THAT:
All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is served within three months after the date of the first publication of this notice must file their claims (in duplicate) with the Court WITHIN THE LATER OF THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and persons having claims or demands against the estate of the decedent must file their claims (in duplicate) with this Court WITHIN THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.
ALL CLAIMS AND DEMANDS NOT SO FILED WILL BE FOREVER BARRED.
The date of the first publication this Notice is March 8, 2019.
Co-Attorney for
Personal Representative:
ALFRED G. MORICI, Esquire
Of Counsel, Cohen, Norris, et al.
712 U.S. Highway One, Suite 400
North Palm Beach, FL 33408
Telephone: 561 /844-3600
Florida Bar No.: 138308
Co-Attorney for
Personal Representative:
CHARLES T. WEISS, ESQ.
Charles T. Weiss, P.A.
712 US Highway One, Suite 301-2
North Palm Beach, FL 33408
Telephone: 561-848-9970
Florida Bar No.: 0099236
Personal Representative:
Eleanor Hope Singer
111 W. Village Way
Jupiter, FL 33458
3-8, 3-15/2019
0000463574-01

## public auction

**NOTICE OF PUBLIC SALE:** East Coast Towing And Transport gives Notice of Foreclosure of Lien and intent to sell these vehicles on 3/20/2019 at 08:00 am at 125 Venus ST JUPITER, FL 33468-1616, pursuant to subsection 713.78 of the Florida Statutes. East Coast Towing And Transport reserves the right to accept or reject any and/or all bids.
V7449 1955 Nash
3-8/2019
0000463585-01

**NOTICE OF PUBLIC SALE:** East Coast Towing And Transport gives Notice of Foreclosure of Lien and intent to sell these vehicles on 3/29/2019 at 08:00 am at 125 Venus St JUPITER, FL 33468-1616, pursuant to subsection 713.78 of the Florida Statutes. East Coast Towing And Transport reserves the right to accept or reject any and/or all bids.
JT2BF28K7Y0242121 2000 TOYOTA
3-8/2019
0000463762-01

Public notice is hereby given that MOSS TOWING will hold a public auction at 10:00 a.m. on 04/10/19:
655 US HIGHWAY 27 NORTH
SOUTH BAY, FL. 33493
Pursuant to the laws of this state the following vehicles will be sold to the highest bidder.
88 Strick Trailer 1S12GC458JB665952
16 Hyundai Trailer
3H3V532C1GT105288
06 Honda JH2RC46146M800072
3-8/2019
0000463756-01

Public Notice: The following vehicles will be sold at public auction free of all prior liens, per FL Statute 713.78 at 10am on March 21, 2019, at Atlantic Towing & Recovery Inc., 880 NW 1st Ave Boca Raton, FL
561-350-1260. No title as is, cash only.
05 CHRY #1C3EL55RX5N635078
17 TAO #L9NTELKE5H1200193
3-8/2019
0000463636-01

## public auction

**Public Notice**
The following vehicles will be sold at public auction free of all prior liens, per FL Statute 713.78 at 10am on March 21, 2019 at City Towing Inc., 850 NW 1st Ave. Boca Raton, FL
561-347-9794. No title as is, cash only.
14 TAO #L9NTEACX0E1302470
3-8/2019
0000463629-01

## public notice

1995 Mercedes-Benz, Blue and a 2011 Hammerdown Trailer, Green - Abandoned at job site. Need proof of ownership, year lost and photos or documentation. Call 561-345-3751
0000456524-01

**LEGAL NOTICE**

PUBLIC INSPECTION OF VOTE BY MAIL BALLOTS FOR THE MARCH 26, 2019 UNIFORM MUNICIPAL ELECTIONS RUNOFF

In accordance with the Sunshine Law of Florida, all Canvassing Board meetings are open to the public and will be conducted at the Supervisor of Elections Service Center, located at 7835 Central Industrial Drive, Riviera Beach, FL 33404.

The sealed Vote by Mail ballots received prior to Friday, March 22, for the March 26, 2019 Uniform Municipal Elections Runoff, will be available for public inspection from 9:00 a.m. until 10:00 a.m. on Friday, March 22, at the Supervisor of Elections Service Center, 7835 Central Industrial Drive, Riviera Beach, FL 33404. Immediately afterwards, the Supervisor of Elections staff will commence the opening and processing of those Vote by Mail ballots. However, those ballots will not be tabulated. Any person wishing to inspect any unopened Vote by Mail ballots must make a timely request to do so, and be readily available to promptly make such an inspection.

NOTE: Section 101.68(c) 2 Florida Statutes Canvassing of vote-by-mail ballot.
If any elector or candidate present believes that a vote-by-mail ballot is illegal due to a defect apparent on the voter's certificate or the vote-by-mail affidavit, he or she may, at any time before the ballot is removed from the envelope, file with the canvassing board a protest against the canvass of that ballot, specifying the precinct, the ballot, and the reason he or she believes the ballot to be illegal. A challenge based upon a defect in the voter's certificate or vote-by mail affidavit may not be accepted after the ballot has been removed from the mailing envelope.

NOTE: Section 286.0105, Florida Statutes, states that if a person decides to appeal any decision by a board, agency, or commission with respect to any matter considered at a meeting, he or she will need a record of the proceedings, and that, for such purpose, he or she may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based. It shall be the responsibility of any person needing such a record to arrange for and obtain such a verbatim record at his/her own cost and expense.

In accordance with the Americans with Disabilities Act (ADA), if any person with a disability, as defined by the ADA, needs special accommodation to participate in these meetings, then not later than two business days prior to the pertinent meeting or meetings, he or she should contact the Supervisor of Elections at 561-656-6200.

Please be advised that you are entering a building which is equipped with security cameras which will record your activities while visiting. Entry into this building constitutes your agreement to be so recorded.

Wendy Sartory Link
Supervisor of Elections
Palm Beach County, Florida
240 South Military Trail,
West Palm Beach, FL 33415
561-656-6200 FAX: 561-656-6220
3-8/2019
0000462905-01

LEGAL NOTICE

PUBLIC MEETING OF THE MUNICIPAL CANVASSING BOARDS AND CANVASSING OF THE VOTE BY MAIL BALLOTS FOR THE MARCH 26, 2019 UNIFORM MUNICIPAL ELECTIONS RUNOFF.

In accordance with the Sunshine Law of Florida, all Canvassing Board meetings are open to the public and will be conducted at the Supervisor of Elections Service Center, located at 7835 Central Industrial Drive, Riviera Beach, FL 33404.

The Municipal Canvassing Boards will convene at 3:00 p.m. on Tuesday, March 26, 2019 and remain in session as needed for the canvassing of the Vote by Mail ballots and other Board business that may be prescribed by law, at the Supervisor of Elections Service Center, 7835 Central Industrial Drive, Riviera Beach, FL 33404.

Any changes in dates and times will be posted on the Supervisor of Elections website at www.pbcelections.org.

NOTE: Section 286.0105, Florida Statutes, states that if a person decides to appeal any decision by a board, agency, or commission with respect to any matter considered at a meeting, he or she will need a record of the proceedings, and that, for such purpose, he or she may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based. It shall be the responsibility of any person needing such a record to arrange for and obtain such a verbatim record at his/her own cost and expense.

In accordance with the Americans with Disabilities Act (ADA), if any person with a disability, as defined by the ADA, needs special accommodation to participate in these meetings, then not later than two business days prior to the pertinent meeting or meetings, he or she should contact the Supervisor of Elections at 561-656-6200.

Please be advised that you are entering a building which is equipped with security cameras which will record your activities while visiting. Entry into this building constitutes your agreement to be so recorded.

Wendy Sartory Link
Supervisor of Elections
Palm Beach County, Florida
240 South Military Trail,
West Palm Beach, FL 33415
561-656-6200 FAX: 561-656-6220
3-8/2019
0000462910-01

**SOUTH FLORIDA WATER MANAGEMENT DISTRICT PUBLIC NOTICE OF AGENCY ACTION**

The South Florida Water Management District (District or SFWMD) gives notice of the following permits:

- Environmental Resource Permit No.: 50-101006-P (Application No.: 190218-3) Construction and Operation of a stormwater management system serving 5.59 acres of transportational development known as Westlake Ilex Way Phase 2;
- Environmental Resource Permit No.: 50-101005-P (Application No.: 190218-4) Construction and Operation of a stormwater management system serving 3.85 acres of transportational development known as Westlake Ilex Way Phase 3.

A person who has not received written or actual notice pursuant to Rule 40E-0.109, Florida Administrative Code, and whose substantial interests are or may be affected by the District's permit decision may petition for an administrative proceeding (hearing) in accordance with Section 120.569 and 120.57, Florida Statutes. The petition must contain the information set forth below and must be filed with (received by) the Office of the District Clerk at the SFWMD headquarters in West Palm Beach, Florida during normal business hours (8:00 a.m. – 5:00 p.m., excluding weekends and District holidays) within

# DAILY LAW JOURNAL

## divorce

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO: 502018DR009840
DIVISION: FJ
Pedro Ivan Cuneo Garcia-Zapatero
Petitioner
And
Aurora Marina Villa Gomez
Respondent

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE**

TO: Aurora Marina Villa Gomez
Last known address Unknown
YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Pedro Ivan Cuneo Garcia-Zapatero whose address is 3188 PGA Boulevard Palm Beach Gardens, FL 33410 on or before 4/4/2019 and file the original with the clerk of this Court at 3188 PGA Boulevard, Palm Beach Gardens, FL 33410 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in petition.
Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.
WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated 2/25/19
CLERK OF THE CIRCUIT COURT
BY: Jessica Montero
Deputy Clerk
3-4, 3-11, 3-18, 3-25/2019
0000460880-01

## fictitious name

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Electrical Connections by Mike located at 1205 SE Dixie Cutoff Rd. in the County of Martin in the City of Stuart Florida 34994 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at Stuart Florida this 7th day of March, 2019.
Electrical Connections, LLC
3-11/2019
0000464350-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of EMF Testing & Solutions located at 1205 SE Dixie Cutoff Rd. in the County of Martin in the City of Stuart Florida 34994 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at Stuart Florida this 7th day of March, 2019.
EMF Testing & Solutions, LLC
3-11/2019
0000464347-01

Notice Under Fictitious Name Law Pursuant to Section 865.09 Florida Statutes NOTICE IS HEREBY GIVEN that the undersigned desiring to engage in business under the fictitious name of Meraki's Boutique located at 1419 Berkshire Dr. in the County of PALM BEACH in the City of West Palm Beach Florida 33406 intends to register the said name with the Division of Corporations of the Florida Department of State Tallahassee Florida. Dated at West Palm Beach Florida this 7th day of March, 2019
Evenie Rodriguez
3-11/2019
0000464322-01

## foreclosure

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO. 502018CA014326XXXXMB
Residential Foreclosure
BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA19, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA19,
Plaintiff,
VS.
CESAR Y. MENDOZA A/K/A CESAR MENDOZA; ROSA I. RAMOS A/K/A ROSA RAMOS; PALM BEACH COUNTY, FLORIDA; UNKNOWN TENANT NO. 1; UNKNOWN TENANT NO. 2; and ALL UNKNOWN PARTIES CLAIMING INTERESTS BY, THROUGH, UNDER OR AGAINST A NAMED DEFENDANT TO THIS ACTION, OR HAVING OR CLAIMING TO HAVE ANY RIGHT, TITLE OR INTEREST IN THE PROPERTY HEREIN DESCRIBED,
Defendant(s).

**NOTICE OF ACTION**

TO: CESAR Y. MENDOZA A/K/A CESAR MENDOZA
Last Known Address
3851 BLACK FOREST CIRCLE
BOYNTON BEACH, FL 33436
Current Residence is Unknown
YOU ARE NOTIFIED that an action to foreclose a mortgage on the following described property in Palm Beach County, Florida:
LOT 34, BLOCK 4, WOODSIDE PLAT NO. 3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 41, PAGE(S) 37 AND 38, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.
has been filed against you and you are required to serve a copy of your written defenses, if any, to it on SHD Legal Group P.A., Plaintiff's attorneys, whose address is PO BOX 19519, Fort Lauderdale, FL 33318, on or before 4-4-19, and file the original with the Clerk of this Court either before service on Plaintiff's attorneys or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the complaint or petition.
Dated on 2-22-19
Sharon R Bock
Clerk & Comptroller
As Clerk of the Court
By: Julie Zinzel
As Deputy Clerk
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380 within two (2) working days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8770.
3-4, 3-11/2019A

## legal notice

**NOTICE OF BANKRUPTCY SALE FREE AND CLEAR OF ALL LIENS PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE**

**Bankruptcy Case:** 17-23426-MAM, Southern District of Florida, Palm Beach Division

**Property Address:** 101 Casa Bendita, Palm Beach, Florida 33480

**Legal Description:** Lot 6, Casa Bendita, according to the plat thereof as recorded in Plat Book 27, Page 22, Public Records of Palm Beach County, Florida

**Scheduled Auction:** March 28, 2019, 11am (EST), onsite at Property location

## legal notice

**Sale Hearing:** April 1, 2019, 10am (EST), at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

Note: The Sale Hearing seeks the Bankruptcy Court's approval to sell the above-described real property free and clear of all liens pursuant to Section 363(f) of the Bankruptcy Code, with any remaining post-confirmation liens to attach to the instant sale proceeds, in accordance with the Bankruptcy Case and other applicable law. Objections to the proposed treatment shall be filed with the Bankruptcy Court no later than March 25, 2019.

For more information, contact attorney Christian Panagakos of Florida Bankruptcy Advisors, P.L. at 954-600-8990, or Fisher Auction Company at 954-942-0917.
3-8, 3-11/2019
0000462862-01

## notice to bid

**ADVERTISEMENT TO BID**

Asset Builders d/b/a Messam Construction, 3600 Red Road, Suite 303, Miramar, FL 33025 is currently soliciting subcontractors and suppliers to prequalify in order to bid on the WELLINGTON ELEMENTARY SCHOOL – RENOVATIONS School District of Palm Beach County PROJECT No. 1671-7100 located at 13000 Paddock Drive, Wellington, FL 33414. The WELLINGTON ELEMENTARY SCHOOL RENOVATIONS project will include the following scopes of work: roof repair, electrical, mechanical, plumbing, doors & windows, concrete, lighting & light fixtures, painting, stucco, flooring VCT, acoustical ceiling, specialties, aluminum covered walkways, & dry wall. There are specific requirements related to prequalification, bidding and schedule and there is a SBE participation goal of 15% by subcontractors and suppliers certified by the School District of Palm Beach County. A MANDATORY pre-bid meeting for pre-qualified subcontractors and suppliers will be scheduled for the Wellington Elementary Renovations project at a later date and time that is TBD. ALL INTERESTED SUBCONTRACTORS & SUPPLIERS MUST BE PREQUALIFIED IN ORDER TO BE INVITED TO BID. The prequalification process can be completed online at https://messamconstruction.com/subcontractors or contact us at (877) 963-7726 or at Estimating@messamconstruction.com with questions.
3-11, 3-18, 3-25/2019
0000464165-01

**INVITATION TO BID TRACK RE-BUILDING AND REPAIR SWA Bid No. 19-05/AL**

The Solid Waste Authority of Palm Beach County (Authority) requests interested parties to submit sealed bids for the above item. Bid specifications will be available daily from 8:00 AM to 5:00 PM, at the Authority's Administrative Offices, located at 7501 North Jog Road, West Palm Beach, FL 33412. Contact Ms. Marina Kane, Purchasing Specialist, Purchasing Services, at (561) 640-4000, ext. 4520, for further information. Most bids can also be downloaded from the Web site at www.swa.org.

All bids must be received by the Authority, at the above address, not later than 2:00 PM on **APRIL 9, 2019.** Bids shall be opened and read publicly immediately thereafter.

M/WBE firms are strongly encouraged to participate in the bidding process.
3-10, 3-11, 3-12/2019
0000464290-01

**PROJECT NOTIFICATION**

**INVITATION TO BID (ITB) NO. 19-53R WILLIAM T. DWYER HIGH SCHOOL HVAC MODIFICATIONS**

**LOCATION: 13601 N. MILITARY TRAIL, PALM BEACH GARDENS, FL 33418**

The School Board of Palm Beach County, Florida invites Certified General Contractors or Mechanical Contractors licensed by the State of Florida and Prequalified by the School Board of Palm Beach County, Florida to submit Bids for this Project. The ITB document may be obtained at: www.BidSync.com. The School Board reserves the right to waive minor technicalities in any Bid.

**BIDS DUE: APRIL 1, 2019, NO LATER THAN 2:00 P.M. EST, via www.BidSync.com**
2-25, 3-4, 3-11/2019
0000459682-01

**REQUEST FOR PROPOSALS (RFP)**

**OPERATIONS AND MAINTENANCE FOR RECOVERED MATERIALS PROCESSING FACILITY**

**RFP NO.: 19-206/DL**

The Solid Waste Authority of Palm Beach County ("Authority") requests interested parties to submit PROPOSALS for the purpose of selecting qualified and licensed firms to provide **OPERATIONS AND MAINTENANCE FOR RECOVERED MATERIALS PROCESSING FACILITY, RFP No. 19-206/DL.**

A MANDATORY PRE-PROPOSAL CONFERENCE will be held on **WEDNESDAY, MARCH 27, 2019 AT 10:00 A.M.** local time at the Authority's Administrative Offices located at 7501 North Jog Road, West Palm Beach, FL 33412, and will also be available via web access to those unable to attend in person.

Sealed PROPOSALS must be received by the Authority no later than **2:00 pm, MAY 8, 2019 at 7501 North Jog Rd, WPB, FL 33412. PROPOSALS** received after said time may be returned unopened.

Interested parties may obtain RFP documents by downloading from the Authority's website at www.swa.org or calling Purchasing Services, 561-640-4000 ext. 4527.

Any additional information, contact Diane LeRay, CPPO, CPPB, Procurement Manager via e-mail at: dleray@swa.org.

*********SBE-M/WBE firms are encouraged to participate*********
3-9, 3-10, 3-11/2019
0000463584-01

## notice to creditor

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION
File No. 502019CP001031XXXXNB
Division II
IN RE: ESTATE OF
IRVING S. FISHER
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Irving S. Fisher, deceased, whose date of death was April 15, 2017, is pending in the Circuit Court for Palm Beach County, Florida, Probate Division, the address of which is 3188 PGA Blvd., Palm Beach Gardens, FL 33410. The names and addresses of the personal representative and the personal representative's attorney are set forth below.
All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.
ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.
NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.
The date of first publication of this notice is March 11, 2019
Adele Small Harris, Attorney
Florida Bar Number: 669946
THE KARP LAW FIRM PA
2875 PGA Boulevard, Suite 100
Palm Beach Gardens, FL 33410
Tel: (561) 625-1100 Fax: (561) 625-0060
E-Mail: klf@karplaw.com
Secondary E-Mail: aharris@karplaw.com
Personal Representative:
Judith F. Fisher
310 Greenbrier C
West Palm Beach, FL 33417
3-11, 3-18/2019G
0000464317-01

## public auction

**Sale of Abandoned Property at Public Auction**
Notice is hereby given that Storage Rentals of America, 1177 Blue Heron Blvd., Riviera Beach, FL 33404 will hold A **PUBLIC SALE THAT WILL TAKE PLACE AT Lockerfox.com** of stored personal property to enforce liens against the below named persons for non-payment of rent pursuant to the Florida Self Storage Facility Act Statutes (Section 83.801 et seq). Auction sale for the following units will take place on **March 19, 2019 at 10:00am**, or thereafter. Sale of property includes Household items in Units:

| Unit | Tenant |
|---|---|
| 104 | Chris Gardner |
| 282 | Clifford Stubbs |
| 415 | Erin Gates |

3-4, 3-11/2019
0000461934-01

**Sale of Abandoned Property at Public Auction**
Notice is hereby given that Storage Rentals of America, 2745 Lake Worth Road, Lake Worth, FL 33461 will hold A **PUBLIC SALE THAT WILL TAKE PLACE AT Lockerfox.com** of stored personal property to enforce liens against the below named persons for non-payment of rent pursuant to the Florida Self Storage Facility Act Statutes (Section 83.801 et seq). Auction sale for the following units will take place on **March 19, 2019 at 10:00am**, or thereafter. Sale of property includes Household items in Units:

| Unit | Tenant |
|---|---|
| 133 | Richard Lecco |
| 170 | Debra Metzgar |
| 353 | Gary Floyd |
| 371 | Rodolofo Gruz |
| 115 | William Chapman |
| B012 | Ninamarie Blanco Loulis |
| 019 | Yassenia Yataco |

3-4, 3-11/2019
0000461939-01

## public notice

1995 Mercedes-Benz, Blue and a 2011 Hammerdown Trailer, Green - Abandoned at job site. Need proof of ownership, year lost and photos or documentation. Call 561-345-3751
0000456524-01

**PUBLIC NOTICE**

The Village Council of the Village of Royal Palm Beach will conduct a Public Hearing in the Village Meeting Center, 1050A Royal Palm Beach Boulevard, Royal Palm Beach, Florida 33411 on Thursday, March 21, 2019 at 6:30 p.m., or as soon thereafter as possible and continuing from time to time and place to place as necessary to consider and take final action regarding the following:

Application No.18-0094 – The applicant, Schmidt Nichols, is requesting Site Plan and Architectural Approval for an existing Vehicle Sales and/or Rental Use situated on a 33.43 acre parcel of land located at 9305 Southern Boulevard.

Related documents are available for inspection and copying in the office of the Village Planning & Zoning Department during normal business hours Monday through Friday from 8:00 a.m. to 4:30 p.m. All interested parties are invited to come and be heard at the public hearing.

If a person decides to appeal any decision made by the Village Council with respect to any matter considered at such meeting or hearing, that person will need a record of the proceedings, and for such purpose, that person may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based. The Village of Royal Palm Beach does not provide such a record.
3-11/2019
0000463286-01

**PUBLIC NOTICE**

**VILLAGE OF TEQUESTA**

The Planning and Zoning Board of the Village of Tequesta, sitting as the Local Planning Agency of the Village of Tequesta, will conduct a Public Hearing in the Village Council Chambers located at 345 Tequesta Drive, Tequesta, Florida on Thursday, March 21, 2019 at 5:30 p.m., or as soon thereafter as possible and continuing from time to time and place to place as necessary to act upon the following development application(s):

**ORDINANCE NO. 07-19**

AN ORDINANCE OF THE VILLAGE COUNCIL OF THE VILLAGE OF TEQUESTA, FLORIDA, AMENDING ITS CODE OF ORDINANCES AT CHAPTER 22. COMMUNITY DEVELOPMENT., ARTICLE II. COMMUNITY APPEARANCE., DIVISION 2. PLANNING AND ZONING BOARD. TO AMEND SECTION 22-53. POWERS AND DUTIES. TO REVISE THE APPLICATION TYPES AND MONETARY THRESHOLDS OVER WHICH THE PLANNING AND ZONING BOARD HAS RECOMMENDATION AUTHORITY AND FINAL AUTHORITY; AT CHAPTER 78. ZONING., ARTICLE IX. SUPPLEMENTAL REGULATIONS., DIVISION 2. SITE PLAN REVIEW. TO AMEND SECTION 78-331. REQUIRED; DEVELOPMENT STANDARDS; REQUIRED FACILITIES AND INFRASTRUCTURE. TO ONLY REQUIRE NEW SPECIAL EXCEPTION USES ACCOMPANIED BY ADDITIONAL EXTERIOR MODIFICATIONS AND EXPANSIONS, ENLARGEMENTS OR REVISIONS TO THE SITE OF AN EXISTING SMALL SCALE EXTERIOR OR LARGE SCALE SPECIAL EXCEPTION USE TO UNDERGO SITE PLAN REVIEW AND TO ADD ENTIRELY NEW SECTION 78-335. REVIEWING AUTHORITY. TO ESTABLISH THE REVIEWING AUTHORITY FOR VARIOUS DEVELOPMENT APPLICATIONS AND ALLOW FOR ADMINISTRATIVE APPROVAL OF LIMITED APPLICATION TYPES; AND AT CHAPTER 78. ZONING., ARTICLE IX. SUPPLEMENTAL REGULATIONS., DIVISION 3. SPECIAL EXCEPTION USES. TO AMEND SECTION 78-362. APPLICABILITY. TO ENSURE CONSISTENCY WITH THE REVISIONS TO SECTIONS 22-53 AND 78-331; PROVIDING THAT EACH AND EVERY OTHER SECTION AND SUBSECTION OF CHAPTER 22. COMMUNITY DEVELOPMENT. AND CHAPTER 78. ZONING. SHALL REMAIN IN FULL FORCE AND EFFECT AS PREVIOUSLY ADOPTED; PROVIDING A CONFLICTS CLAUSE A SEVERABILITY CLAUSE AND AUTHORITY TO CODIFY; PROVIDING AN EFFECTIVE DATE; AND FOR OTHER PURPOSES.

**ORDINANCE NO. 08-19**

AN ORDINANCE OF THE VILLAGE COUNCIL OF THE VILLAGE OF TEQUESTA, FLORIDA, AMENDING THE VILLAGE CODE OF ORDINANCES AT CHAPTER 78. ZONING. ARTICLE I. IN GENERAL, SEC. 78-4. DEFINITIONS. BY AMENDING THE DEFINITIONS FOR "FRONTAGE FOR BUILDINGS" AND "LOT FRONTAGE" TO PROVIDE UPDATED CLARIFICATIONS FOR THESE DEFINITIONS; AND AT ARTICLE IX. SUPPLEMENTAL REGULATIONS, SEC. 78-284. WALLS AND FENCES. BY PROVIDING CROSS REFERENCE TO FENCING REQUIREMENTS FOR COMMERCIAL PROPERTIES AND RESIDENTIAL PROPERTIES SCREENING CERTAIN BOATS AND OTHER VEHICLES, AND BY PROVIDING CLARIFICATION TO THE APPLICATION OF WALL AND FENCE REGULATIONS TO CORNER LOTS; ALSO AMENDING THE VILLAGE CODE OF ORDINANCES AT CHAPTER 46. MOTOR VEHICLES AND TRAFFIC. ARTICLE III. PARKING, STOPPING OR STANDING. DIVISION 2, SEC. 46-72, SEC. 46-73 AND SEC. 46-74. BY CLARIFYING REGULATIONS REGARDING CARPORTS AND ENCLOSED GARAGES, BY PROVIDING REGULATIONS FOR SCREENING ON CORNER LOTS, AND BY REPEALING THE WAIVER PROVISION AT SEC. 46-76; PROVIDING THAT EACH AND EVERY OTHER SECTION AND SUBSECTION OF CHAPTERS 78 AND 46 SHALL REMAIN IN FULL FORCE AND EFFECT AS PREVIOUSLY ADOPTED; PROVIDING A CONFLICTS CLAUSE, A SEVERABILITY CLAUSE AND AUTHORITY TO CODIFY; PROVIDING AN EFFECTIVE DATE, AND FOR OTHER PURPOSES.

**ORDINANCE NO. 09-19**

AN ORDINANCE OF THE VILLAGE COUNCIL OF THE VILLAGE OF TEQUESTA, FLORIDA, UPDATING ITS COMPREHENSIVE PLAN CAPITAL IMPRROVEMENTS ELEMENT FIVE YEAR CAPITAL IMPROVEMENTS SCHEDULE AS PROVIDED IN SECTION 163.3177(3)(b), FLORIDA STATUTES; PROVIDING THAT THE TEXT, AS UPDATED OR REVISED, SHALL BE SUBSTITUTED FOR AND REPLACE IN FULL THE EXISTING TEXT IN THE ADOPTED CAPITAL IMPROVEMENTS ELEMENT; PROVIDING FOR TRANSMITTAL OF A COURTESY COPY OF THE ADOPTED AMENDMENT TO THE STATE LAND PLANNING AGENCY; PROVIDING A CONFLICTS CLAUSE AND A SEVERABILITY CLAUSE; PROVIDING AN EFFECTIVE DATE; AND FOR OTHER PURPOSES.

Related documents are available for inspection and copying in the office of the Village Clerk at the Village Hall, Monday through Friday during normal business hours of 8:30 a.m. to 5:00 p.m. The Public Hearings may be continued from time to time, as necessary. All interested persons are encouraged to come to the Public Hearings and be heard.

If a person decides to appeal any decision made by the Planning and Zoning Board with respect to any matter considered at such meetings or hearings, he or she will need to ensure that a verbatim record of the proceedings is made, which record should include the testimony and evidence from which the appeal is to be based. The Village of Tequesta does not provide such a record.
3-11/2019
0000463956-01

## service by publication

STATE OF NORTH CAROLINA
COUNTY OF ROWAN
IN THE GENERAL COURT OF JUSTICE
DISTRICT CIVIL DIVISION
FILE NO.: 10 CVD 1625
DAVID JONATHAN NEWTON,
Plaintiff,
-vs-
SHANNON H. NEWTON
Defendant.

**NOTICE SERVICE OF PROCESS BY PUBLICATION**

TO: SHANNON NEWTON
ADDRESS UNKNOWN

**TAKE NOTICE** that a pleading seeking relief against you has been filed in the above-entitled action. The nature of the relief being sought is as follows: *CONTEMPT AND MODIFY ORDER.*
*You are required to appear in Rowan County, NC District Court on April 10, 2019 and upon your failure to do so the relief requested will be entered against you.*
This the 6th day of March, 2019.
Robert L. Inge
Attorney for Plaintiff
305 North Main Street
Salisbury, North Carolina 28144
(704) 633-8486
3-11, 3-18, 3-25/2019
0000463645-01

## court docket

### FAMILY

502000DR000287SUFAMB - MB - SHEPHERD, TIFFANY F vs DANIELS, ALFRED J, SUPPORT, atty: PICKETT, DONALD ANDREW

502002DR006028PAFCMB - MB - BELL, SHAWANDA vs DENT, TAVION J, PATERNITY

502002DR006028PAFCMB - MB - BELL, SHAWANDA vs JENKINS, JANICE, PATERNITY

502004DR006523XXXXMB - MB - DEPARTMENT OF REVENUE, vs DENNARD, SHAWANNA, SUPPORT, atty: PICKETT, DONALD ANDREW

502004DR007888XXXXSB - SB - BAQUERIZO, JAVEN vs BURGOS OCALA, TANIA, PATERNITY, atty: CAO, TONY D ESQ

502004DR008428XXXXMB - MB - MCGINLEY, HARRY P vs MCGINLEY, ADRIENNE M, DISSOLUTION, atty: GREEN, JAMES LAWRENCE

502004DR008428XXXXMB - MB - MCGINLEY, HARRY P vs MCGINLEY, ADRIENNE M, DISSOLUTION, atty: LEEDS, DIANE ELISE ESQ

502004DR015175XXXXMB - MB - HURST, ARLENE D vs FELDER, ANTHONY L, DISSOLUTION

502005DR005053XXXXMB - MB - BELL, SHAWANDA vs FITZGERALD, DEMETRIUS, PATERNITY

502005DR009099XXXXMB - MB - NADELHOFFER, PATRICK E vs LORENTE, AMEE, OTHER DOMESTIC RELATIONS

502007DR002888XXXXWB - WB - BELL, SHAWANDA vs MCCLEASE, GEORGE A, REGISTRATION OF ORDER

502007DR008601XXXXMB - MB - KONTER-DIAZ, SUZANNE RENEE vs KONTER, IAN, DISSOLUTION

502008DR014114XXXXNB - NB - LOPP, NICOLE G vs LOPP, BRIAN W, DISSOLUTION, atty: HAP, JEFFREY

502009DR002265XXXXMB - MB - CREARY, CHARMAINE M vs KNIGHT, WESTON, PATERNITY

502009DR003626XXXXMB - MB - LAFALAISE, JOANE vs FLERIVAL, ISMON, DISSOLUTION, atty: PUGH JR., JACK B

502012DR000394XXXXWB - WB - SEYMORE, QUANISHA LANET vs JONES, DEWAYNE LAKEVIOUS, PATERNITY

502012DR007212XXXXNB - NB - ARCE, EGNA vs BAZAN, MARTIN ROBERT, DISSOLUTION

502014DR010699XXXXMB - MB - EDMOND, FRANTREVA JAMELYA vs CRONEY, IRVING NATHANIEL, CHILD SUPPORT IV-D, atty: PICKETT, DONALD ANDREW

502015DR001779XXXXMB - MB - PURDUE, DEMECIA SANTRELL vs BRIDGES, DARIEL ALCEE, CHILD SUPPORT IV-D

502016DR005112XXXXNB - NB - SCHANDA, GWENDOLYN vs SCHANDA, SEAN, DISSOLUTION, atty: BEEBE, ABIGAIL

502017DR001728XXXXNB - NB - MAKHMOOR, FOAD vs RAHMANI, SHAHLA, SIMPLIFIED DISSOLUTION

502017DR010040XXXXMB - MB - PRINCE, CYNTHIA vs HONORE, ALIX, DISSOLUTION, atty: MONTGOMERY, THOMAS

502018DR000909XXXXMB - MB - MEEKS, TRACY LASHUNDA vs ODUMS, JOSEPH, 4J JUDICIAL CASE

502018DR001062XXXXMB - MB - PARSELLS, KEITH R vs PARSELLS, CHRISTINA L, REGISTRATION OF ORDER

502018DR001596XXXXNB - NB - DANIELS, WALTER vs HALL, TAYLOR, PATERNITY

502018DR002233XXXXMB - MB - ALBARRACIN, OSCAR JAVIER vs LAILLY DE ORIVE, SUSANA ANDREA, DISSOLUTION, atty: GONZALEZ, EDMUND

502018DR006464XXXXMB - MB - CAMPOS-MARTIN, SANDY vs MENDOZA-ALONSO, YUDIXY, DISSOLUTION

502018DR009951XXXXNB - NB - LEXANDRE, MARIE ALICE vs PLUVIOSE, JEAN ROBERT, DISSOLUTION

502019DR000714XXXXNB - NB - RANDELL, BRIA vs FLEURIZARD, MARVIN, DOMESTIC VIOLENCE

502019DR001070XXXXNB - NB - CRILE, MARINE P vs CRILE, JOSHUA B, DISSOLUTION, atty: WELCH, C DEBRA

502019DR001404XXXXNB - NB - YANG, LI JUAN vs ,, NAME CHANGE

502019DR001539XXXXNB - NB - JENNEWEIN, SHERRIE vs JENNEWEIN, JEFFREY, DOMESTIC VIOLENCE

502019DR001631XXXXMB - MB - TEPPER, LAURA CHEERYL vs LAMANTIA, ROBERT T, UIFSA INITIATING NEW

502019DR002058XXXXMB - MB - MANGRA, ZORIDA vs MANGRA, RANDY M, DISSOLUTION

502019DR002059XXXXSB - SB - CORRIOLAN, BENEZE vs PIERRE, MARY C, DISSOLUTION

502019DR002060XXXXNB - NB - RIZZUTO, BABE vs MAURO, ANTHONY, CYBER STALKING/STALKING

502019DR002061XXXXMB - MB - VARGAS, CHRISTINA MARGARET vs CHAUNCEY, NICHOLAS SCOTT, UIFSA INITIATING NEW

502019DR002062XXXXSB - SB - LITWACK, PRISCILA vs LITWACK, STEVEN ADAM, SIMPLIFIED DISSOLUTION

502019DR002063XXXXSB - SB - MAGANHOTTO ZITTA, ROMULO vs MERLANO GOMEZ, MARIA PAOLA, SIMPLIFIED DISSOLUTION

502019DR002064XXXXSB - SB - TRUJILLO, AMANDA ERIN vs DELGADO, JIMMY THOMAS, PATERNITY

502019DR002065XXXXSB - SB - CASTELLANOS, STEVE vs TOLEDANO LOPEZ, SARAY, CYBER STALKING/STALKING

502019DR002066XXXXSB - SB - SOUZA, PAMELLA vs NASCIMENTO, FAVIANO ARAVJO, DISSOLUTION

502019DR002067XXXXSB - SB - VAN HORN, ROBERT vs ANDERSON, HERMAN, CYBER STALKING/STALKING

502019DR002068XXXXSB - SB - DENNIS, ROSE LEE vs DENNIS, ERIC LAVAUGHN, DISSOLUTION

502019DR002069XXXXMB - MB - NAVARRO, AUGUSTO ALFREDO vs BUYUKNISAN, FUNDA, SIMPLIFIED DISSOLUTION

502019DR002070XXXXMB - MB - THEN, FRANCISCO MANUEL vs RIVERA, NATI, 4J JUDICIAL CASE

502019DR002071XXXXMB - MB - HOBBS, KAREN LAVERNE vs CLARK, JIMMIE LEE, 4J JUDICIAL CASE

502019DR002072XXXXMB - MB - ALEMAN MATEO, LUIS A vs GUTIERREZ TORRES, ENEIDA M, DISSOLUTION

502019DR002073XXXXNB - NB - LOPEZ PORTILLO, CARMEN YESENIA vs COREA ORELLANA, JUAN CARLOS, DISSOLUTION, atty: CRUZ-TOWNSEND, PEGGY Y

502019DR002074XXXXMB - MB - DIETRICH, NICOLE vs TORRES, JESSEY, OTHER DOMESTIC RELATIONS

502019DR002075XXXXMB - MB - PEREZ, JANET BLANCO vs EXPOSITO PUPO, ELIXANDRO MIGUEL, 4J JUDICIAL CASE

502019DR002076XXXXMB - MB - PAZ, TANIA MARIA vs ECHEVARRIA, ADRIAN, PATERNITY

502019DR002077XXXXNB - NB - MEADOWS, RAVEN vs TRUONG, BILL, DOMESTIC VIOLENCE

502019DR002078XXXXNB - NB - OLDHAM, TISA LYNN vs OLDHAM, STEPHEN LINDSEY, DISSOLUTION, atty: GAMOT, NANETTE NICOLE

502019DR002079XXXXNB - NB - HALL, LAUREN W vs HALL, BRIAN, DOMESTIC VIOLENCE

502019DR002080XXXXNB - NB - SAN MARTIN CRUZ, MARIA D vs JIMENEZ-GUTIERREZ, RAMON, SIMPLIFIED DISSOLUTION

502019DR002081XXXXNB - NB - FAVORS, WINSTON vs FAVORS, JENNIFER, DISSOLUTION, atty: STEVENS, CARI M

502019DR002082XXXXMB - MB - SPEANBURG, KAITLYN JOYCE vs ,, NAME CHANGE

502019DR002083XXXXNB - NB - ARGUELLO, EINSTEIN vs ,, NAME CHANGE

502019DR002084XXXXMB - MB - SHAFER, AMANDA TIFFANIE vs MARTINEZ-ROMAN, RICARDO, 4J JUDICIAL CASE

502019DR002085XXXXNB - NB - PAGANI, MARIA CRISTINA vs DIAZ, PEDRO, DISSOLUTION

502019DR002086XXXXNB - NB - COLON, LUZ NATALIA vs THREATT EMMANUELLE L, OTHER DOMESTIC RELATIONS

502019DR002087XXXXMB - MB - WORKINGER, BRENNAN JAMES vs SMITH, ANGELA MAEME, PATERNITY

502019DR002088XXXXSB - SB - QUINN, MOLLY vs SLUZEWSKI, JAMES, DOMESTIC VIOLENCE

502019DR002090XXXXMB - MB - FIGUEROA, MIGUEL ANGEL vs ESCOBEDO, STACY RENEE, PATERNITY

502019DR002091XXXXNB - NB - SMITH, JULIE vs THAXTER, MICHAEL, DOMESTIC VIOLENCE

502019DR002092XXXXMB - MB - DALENCOURT, KENSKY vs LIMAGE, BLONDIDE, DISSOLUTION

501988DR004239DIFBMB - MB - WAUGH, BARBARA A vs WAUGH, BRADLEY C, DISSOLUTION

501989DR001719SUFBMB - MB - FENN, CLARETHA J vs SMITH, PATRICIA, SUPPORT

501989DR008270PAFAMB - MB - FERRIS, LELIA vs HUGGINS, MICHAEL D., PATERNITY, atty: MARSHALL, SAMUEL THOMAS

501989DR008908PAFDMB - MB - GREASAMAR, PATRICE vs COOPER, CHRIS, PATERNITY

501989DR010008PAFDMB - MB - SMITH, LUCILLE vs ROBINSON, CHRISTOPHER E, PATERNITY, atty: FANELLI JUDETTE NITTI ESQ

501993DR003966DIFDMB - MB - REICH, JODY LYNN vs REICH, BRIAN ZACHARY, DISSOLUTION

501994DR004960PAFCMB - MB - SCOTT, LINDA vs JOHNSON, DONALD, PATERNITY

501994DR005460PAFAMB - MB - ARREDONDO, JANIE vs MITCHELL, MARCUS J, PATERNITY

501994DR005460PAFAMB - MB - ARREDONDO, JANIE vs WHITE, MARCUS J, PATERNITY

501994DR008370PAFCMB - MB - SMITH, LUCILLE vs SOL, WILLIE, PATERNITY

501995DR003479PAFDMB - MB - PARKER, DORIS D vs MURVIN, DARIN L, PATERNITY

501995DR004315DIFDMB - MB - BENSON, LETTY K vs BENSON, DALE T, DISSOLUTION, atty: CAMERON, COLIN M

501997DR002035PAFAMB - MB - ROBERSON, HATTIE M vs PERRY, TIMOTHY A, PATERNITY, atty: MARSHALL, SAMUEL THOMAS

501997DR005228PAFAMB - MB - WILLIAMS, TABATHA D vs HOWARD, CORNELIUS, PATERNITY, atty: PICKETT DONALD ANDREW

501997DR008046PAFAMB - MB - SMITH, LUCILLE vs WILLIAMS, RONNIE, PATERNITY, atty: FANELLI, JUDETTE NITTI ESQ

501997DR009755PAFDMB - MB - JONES, NATALIE D vs BENNETT, ANTHONY, PATERNITY

501998DR000492PAFBMB - MB - BARRIOS, RUTH E vs QUINTEROS, RUPERTO, PATERNITY, atty: WINKIS, RICHARD J

501998DR003865DIFHNB - NB - TANEN, ELYSE vs TANEN, HENRY, DISSOLUTION, atty: CUMMINGS, MICHELE KANE ESQ

501998DR007891PAFDMB - MB - SMITH, LUCILLE vs BRADLEY, TIMOTHY, PATERNITY

501999DR000293PAFAMB - MB - SHEPHERD, TIFFANY vs ROBINSON, EDDIE, PATERNITY

501999DR001348SUFBMB - MB - MORRIS, CHERYL SHERESE vs GREENE, TYRONE, SUPPORT

501999DR009058SUFAMB - MB - JACKSON, LATOYA vs REDMOND, TIMOTHY LEE, SUPPORT

### PROBATE

502019CP000596XXXXSB - SB - RICHARD BREIT

502019CP000596XXXXSB - SB - KARIN BRIGITTA COOPER

502019CP000976XXXXMB - MB - ELIZABETH P WEATHERS

502019CP000632XXXXSB - SB - SUSAN KLEIN

502019CP000849XXXXSB - SB - MATTHEW STONE

502019CP000865XXXXSB - SB - KATHLEEN I PLITT

502019CP000070XXXXSB - SB - JEAN M EVANS

502019CP000171XXXXNB - NB - MARY RUSH

502019CP000452XXXXSB - SB - GWYNNE ALICIA WASHINGTON

502005CP002960XXXXSB - SB - DANIEL P LUND

502005CP002960XXXXSB - SB - THOMAS A LUND

502008CP003874XXXXSB - SB - ANTHONY CLIFTON CAPPADORO

### GENERAL JURISDICTION

502019CA002965XXXXMB - MB - AGUILAR, LILA M vs WAL MART STORES INC,, PREMISES LIABILITY COMMERCIAL

502019CA002966XXXXMB - MB - VILLAGE CAPITAL & INVESTMENT LLC, vs LYEWFONG, PATRICK CARL, NON HR FORECLOSURE > $50K, < $250K, atty: NOYES, LAURA E

502019CA002966XXXXMB - MB - VILLAGE CAPITAL & INVESTMENT LLC, vs LYEWFONG, TABITHA MARKEE, NON HR FORECLOSURE > $50K, < $250K, atty: NOYES, LAURA E

502019CA002966XXXXMB - MB - VILLAGE CAPITAL & INVESTMENT LLC, vs UNKNOWN TENANTS OWNERS 1,, NON HR FORECLOSURE > $50K, < $250K, atty: NOYES, LAURA E

502019CA002966XXXXMB - MB - VILLAGE CAPITAL & INVESTMENT LLC, vs UNKNOWN TENANTS OWNERS 2,, NON HR FORECLOSURE > $50K, < $250K, atty: NOYES, LAURA E

502019CA002966XXXXMB - MB - VILLAGE CAPITAL & INVESTMENT LLC, vs UNKNOWN TENANTS OWNERS 3,, NON HR FORECLOSURE > $50K, < $250K, atty: NOYES, LAURA E

502019CA002967XXXXMB - MB - STRATEGIC CONSULTING AND DEVELOPMENT LLC, vs BENZ, THOMAS J, CONTRACT & DEBT, atty: GASSER, DAMON E

502019CA002968XXXXMB - MB - PARADISE COVE AT PALM BEACH LAKES CONDOMINIUM ASSOCIATION INC, vs LAWRENCE, GREGORY A, Assn Lien Foreclosure = < $50K, atty: WORTMAN, SCOTT J

502019CA002968XXXXMB - MB - PARADISE COVE AT PALM BEACH LAKES CONDOMINIUM ASSOCIATION INC, vs LAWRENCE, NEIL V, Assn Lien Foreclosure = < $50K, atty: WORTMAN, SCOTT J

502019CA002968XXXXMB - MB - PARADISE COVE AT PALM BEACH LAKES CONDOMINIUM ASSOCIATION INC, vs UNKNOWN TENANT NO 1,, Assn Lien Foreclosure = < $50K, atty: WORTMAN, SCOTT J

502019CA002968XXXXMB - MB - PARADISE COVE AT PALM BEACH LAKES CONDOMINIUM ASSOCIATION INC, vs UNKNOWN TENANT NO 2,, Assn Lien Foreclosure = < $50K, atty: WORTMAN, SCOTT J

502019CA002969XXXXMB - MB - CONTECH ENGINEERED SOLUTIONS LLC, vs WEST CONSTRUCTION INC,, CONTRACT & DEBT, atty: MACCARI, THOMAS J

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs ANY AND ALL UNKNOWN PARTIES CLAIMING BY THROUGH UNDER AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANTS WHO ARE NOT KNOWN TO BE DEAD OR ALIVE WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES HEIRS DEVISEES GRANTEES OR OTHER CLAIMANTS,, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs MIDLAND FUNDING LLC,, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs NELCIDOR, MARKENZIE, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs THE COURTS AT BOYNTON PLACE SUB ASSOCIATION INC,, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs UNKNOWN PARTY #1,, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs UNKNOWN PARTY #2,, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs UNKNOWN PARTY #3,, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002970XXXXMB - MB - WELLS FARGO BANK, N.A., vs UNKNOWN PARTY #4,, NON HR FORECLOSURE > $50K, < $250K, atty: SIDEROVA, TEODORA

502019CA002971XXXXMB - MB - DE LIMA, JOSE OSCAR vs ANY OTHER PERSON KNOWN OR UNKNOWN WITH AN INTEREST IN THE PROPERTY,, OTHER RP ACTIONS = < $50K

502019CA002971XXXXMB - MB - DE LIMA, JOSE OSCAR vs FIRST FRANKLIN,, OTHER RP ACTIONS = < $50K

502019CA002972XXXXMB - MB - FIORAMONTI, NANCY vs UNITED PROPERTY & CASUALTY INSURANCE COMPANY,, INSURANCE CLAIM, atty: FELDMAN, JESSE R

502019CA002973XXXXMB - MB - MACKEY, ELIZABETH vs DELOIS, DANIEL V, OTHER NEGLIGENCE

502019CA002973XXXXMB - MB - MACKEY, ELIZABETH vs MOYNIHAN, TYLER, OTHER NEGLIGENCE

502019CA002974XXXXMB - MB - MARATHON OCEAN HOUSING LLC, vs CHAMPION HOME BUILDERS INC,, CONTRACT & DEBT, atty: CHAVES, RICHARD R

502019CA002976XXXXMB - MB - BROOKDALE SENIOR LIVING INC, vs LOMBARDI, VICTOR, CONTRACT & DEBT, atty: MACCARI, THOMAS J

502019CA002977XXXXMB - MB - DISCOVER BANK, vs BENOIT, ROBBIE, CON-