**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                                                                      Case No.: 17-23426-MAM

ROBERT MATTHEWS,                                                              Chapter 11

       Reorganized Debtor.
_____/

## NOTICE OF CANCELLATION OF AUCTION

      On February 26, 2019, this Court entered an Order Approving Bid Procedures and Scheduling an Auction of Debtor's Homestead Property [D.E. 418] the "Order Approving Bid Procedures") which scheduled a Bidding Deadline for March 26, 2019 and, in the event a Qualified Bid was received, an Auction of Debtor's Homestead Property scheduled for March 28, 2019 at 11:00 AM EST.

      PLEASE TAKE NOTICE that Debtor did not receive any Qualified Bid as defined by the Order Approving Bid Procedures prior to the Bidding Deadline. Thus, the Auction scheduled for March 28, 2019 is hereby **CANCELLED**.

      The Sale Hearing set forth in the Order Approving Bid Procedures originally scheduled for April 1, 2019 at 10:00AM is expected to continue to go forward. At the Sale Hearing, Debtor will provide a more detailed update to this Court around the efforts and status related to the sale Debtor's Homestead Property.

      Dated: March 28, 2019

                                  Respectfully submitted,

                                  FLORIDA BANKRUPTCY ADVISORS, P.L.

                                  s:/ Christian R. Panagakos
                                  CHRISTIAN R. PANAGAKOS
                                  FL Bar No.: 0065579
                                  cp@floridabankruptcyadvisors.com
                                  120 E. Oakland Park Blvd., Suite 207
                                  Oakland Park FL 33334
                                  Tel: (954) 600-8990
                                  Fax: (954) 692-9070
                                  *Attorney for Reorganized Debtor*