MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:  17-23426-MAM |
| | } | |
| | } | |
| Robert Matthews | } | JUDGE   Mora |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

---

### DEBTOR'S  POST-CONFIRMATION

### QUARTERLY OPERATING REPORT

#### FOR THE PERIOD

1-Apr-19     TO     30-Jun-19

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Gui

established by the United States Trustee and FRBP 2015.

| | | |
|---|---|---|
| Dated:     23-Jul-19 | | Atty. Christian Panagakos |
| | | Attorney for Debtor |
| Debtor's Address | | Attorney's Address |
| and Phone Number: | | and Phone Number: |
| | | Park Plaza Office Building |
| 8036 Laborie Lane | | 120 E. Oakland Park Blvd. |
| Wellington, FL | | Fort Lauderdale, FL 33334 |
| | | Bar No.     65579 |
| Tel.     561-662-1500 | | Tel.     954-600-8990 |

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously prov
United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United S
Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | No |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | No |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | No |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | No |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | NO* |
|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | No |
| 2. | Are all premium payments current? | No |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

\* Debtor has no real property, Debtor has no vehicle, thus Debtor has no insurance policies or coverage in effect

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | (prior) Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| Debtor's DIP account with Fifth Third bank was automatically closed by the bank as a result of the reorganized debtor plea agreement reached in his criminal trial.  Debtor operated purely on a cash basis for the month of June (only), with a closing cash balance of $178.  In July 2019, the reorganized debtor was able to open a new account with TD Bank.  Such TD Bank statements will accompany the 3Q MOR.<br><br>In addition, pursuant to the Order Approving Sale and Authorizing Issuance of Deed [D.E. 423], DB Private reimbursed $30,000 towards the Broker's approved marketing campaign expenses, $15,000 towards the attorneys' fees and expenses of the Closing<br><br>**Estimated Date of Filing the Application for Final Decree: ~Sept-Nov 2019** |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 23rd day of July, 2019

/s/ Robert Matthews
Debtor's Signature

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Robert Matthews |
| **Case Number:** | 17-23426-MAM |
| **Date of Plan Confirmation:  December 26, 2018 [D.E. 391]** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Quarterly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $ 118.19 | $ 118.19 |
| 2. **INCOME or RECEIPTS during the Period** | 2,887.20 | $ 5,752.23 |
| 3. **DISBURSEMENTS** | | |
| a. | | |
| (i) U.S. Trustee Quarterly Fees | $ None | $ None |
| Federal Taxes | N/A | N/A |
| (iii) State Taxes | N/A | N/A |
| (iv) Other Taxes | N/A | N/A |
| b. **All Other Operating Expenses:** | $ 2,827.39 | $ 5,809.50 |
| c. **Plan Payments:** | | |
| (i) Administrative Claims | None (paid by DB Private per $ DE 423) | None (paid by DB Private per DE $ 423) |
| (ii) Class One | None | None |
| (iii) Class Two | None | None |
| (iv) Class Three | None | None |
| (v) Class Four | None | None |
| (v) Class Five | None | None |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $ 2,827.39 | $ 5,809.50 |
| 1. **CASH (End of Period)** | $ 178.00 | $ 178.00 |

NOTE: Debtor's DIP account with Fifth Third bank was automatically closed by the bank as a result of the reorganized debtor plea agreement reached in his criminal trial.  Debtor operated purely on a cash basis for the month of June (only), with a closing cash balance of $178.  In July 2019, the reorganized debtor was able to open a new account with TD Bank.  Such TD Bank statements will accompany the 3Q MOR.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconciliation for each Month of the Quarter**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Fifth Third Bank* | | | |
| Account Number: | #####-0740 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating / Household Expenses | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  Balance per Bank Statement | $0.00 | *NOTE: Debtor's DIP account with Fifth Third bank was automatically closed by the bank as a result of the reorganized debtor plea agreement reached in his criminal trial.  Debtor operated purely on a cash basis for the month of June (only), with a closing cash balance of $178.  In July 2019, the reorganized debtor was able to open a new account with TD Bank.  Such TD Bank statements will accompany the 3Q MOR. | | |
| 2.  **ADD**:  Deposits not credited | $0.00 | | | |
| 3.  **SUBTRACT**:  Outstanding Checks | $0.00 | | | |
| 4.  Other Reconciling Items | $0.00 | | | |
| 5.  **Month End Balance** (Must Agree with Books) | $0.00 | | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.



**FIFTH THIRD BANK**
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

ROBERT V MATTHEWS
101 CASA BENDITA
PALM BEACH FL 33480-3602

Statement Period Date: 5/4/2019 - 5/31/2019
Account Type: 5/3 ESSENTIAL CKG
Account Number: 7908600740

0

25

Banking Center: West Palm Beach
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7908600740

| 05/04 | Beginning Balance | $1,189.76 | Number of Days in Period | 28 |
|---|---|---|---|---|
| 26 | Checks Withdrawals / Debits | $(1,226.96) | | |
| 3 | Deposits / Credits | $37.20 | | |
| 05/31 | Ending Balance | $0.00 | | |

## Withdrawals / Debits

**26 items totaling $1,226.96**

| Date | Amount | Description |
|---|---|---|
| 05/06 | 10.00 | DEBIT CARD PURCHASE AT MTA*METROCARD MACH, NEW YORK, NY ON 050319 FROM CARD#: XXXXXXXXXXX1901 |
| 05/06 | 33.53 | DEBIT CARD PURCHASE AT GULF OIL 91800549, WOLCOTT, CT ON 050319 FROM CARD#: XXXXXXXXXXX1901 |
| 05/06 | 62.61 | DEBIT CARD PURCHASE AT BP#6160683OKEECHOB, WEST PALM BEA, FL ON 050519 FROM CARD#: XXXXXXXXXXX1901 |
| 05/06 | 11.00 | MONTHLY SERVICE CHARGE |
| 05/07 | 27.00 | DEBIT CARD PURCHASE AT H2O WIRELESS, 800-6434926, NJ ON 050619 FROM CARD#: XXXXXXXXXXX1901 |
| 05/10 | 1.99 | RECURRING PURCHASE AT GOOGLE *Google Sto, 855-836-3987, CA ON 050919 FROM CARD#: XXXXXXXXXXX1901 |
| 05/10 | 20.00 | DEBIT CARD PURCHASE AT SOLIDSTARTFECOUNSE, 8664674147, OR ON 050919 FROM CARD#: XXXXXXXXXXX1901 |
| 05/13 | 56.44 | DEBIT CARD PURCHASE AT WAWA 5211 0005, WEST PALM BEA, FL ON 051019 FROM CARD#: XXXXXXXXXXX1901 |
| 05/13 | 65.95 | DEBIT CARD PURCHASE AT COUNTRY FLORIST, WALDORF, MD ON 051019 FROM CARD#: XXXXXXXXXXX1901 |
| 05/16 | 11.16 | DEBIT CARD PURCHASE AT EQT*AMBETTER, 866-5498038, MO ON 051419 FROM CARD#: XXXXXXXXXXX1901 |
| 05/17 | 69.97 | DEBIT CARD PURCHASE AT THE UPS STORE 5005, PALM BEACH, FL ON 051619 FROM CARD#: XXXXXXXXXXX1901 |
| 05/17 | 103.00 | DEBIT CARD PURCHASE AT JETBLUE, 8005382583, UT ON 051519 FROM CARD#: XXXXXXXXXXX1901 |
| 05/20 | 13.89 | DEBIT CARD PURCHASE AT THE HOME DEPOT #63, W PALM BCH, FL ON 051819 FROM CARD#: XXXXXXXXXXX1901 |
| 05/20 | 17.12 | DEBIT CARD PURCHASE AT THE HOME DEPOT #63, W PALM BCH, FL ON 051819 FROM CARD#: XXXXXXXXXXX1901 |
| 05/20 | 34.90 | DEBIT CARD PURCHASE AT THE HOME DEPOT #63, W PALM BCH, FL ON 051819 FROM CARD#: XXXXXXXXXXX1901 |
| 05/23 | 12.53 | MERCHANT PAYMENT SHOPRITE WATERBU - 001 943 WOLCOTT ST WATERBURY CT ON 052319 FROM CARD#: XXXXXXXXXXX190X |
| 05/24 | 50.00 | DEBIT CARD PURCHASE AT JETBLUE, 8005382583, UT ON 052219 FROM CARD#: XXXXXXXXXXX1901 |
| 05/24 | 125.00 | DEBIT CARD PURCHASE AT JETBLUE, 8005382583, UT ON 052219 FROM CARD#: XXXXXXXXXXX1901 |
| 05/24 | 325.00 | DEBIT CARD PURCHASE AT US LIABILITYINSURA, 866-632-2003, PA ON 052319 FROM CARD#: XXXXXXXXXXX1901 |
| 05/28 | 3.95 | DEBIT CARD PURCHASE AT UBER TRIP, 8005928996, CA ON 052519 FROM CARD#: XXXXXXXXXXX1901 |
| 05/28 | 5.37 | DEBIT CARD PURCHASE AT UBER TRIP, 8005928996, CA ON 052519 FROM CARD#: XXXXXXXXXXX1901 |
| 05/28 | 25.71 | DEBIT CARD PURCHASE AT UBER TRIP, 8005928996, CA ON 052519 FROM CARD#: XXXXXXXXXXX1901 |



**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 05/28 | 25.85 | RECURRING PURCHASE AT NETFLIX.COM, NETFLIX.COM, CA ON 052419 FROM CARD#: XXXXXXXXXXX1901 |
| 05/28 | 34.94 | DEBIT CARD PURCHASE AT UBER TRIP, 8005928996, CA ON 052519 FROM CARD#: XXXXXXXXXXX1901 |
| 05/30 | 7.88 | CASHIER CHECK PURCHASE REF # 00946684114 |
| 05/31 | 72.17 | DEBIT CARD PURCHASE AT PAT'S IGA, WOLCOTT, CT ON 052919 FROM CARD#: XXXXXXXXXXX1901 |

## Deposits / Credits

3 items totaling $37.20

| Date | Amount | Description |
|------|--------|-------------|
| 05/08 | 9.98 | DEBIT CARD RETURN AT SPOKEO.COM 8006994, 8006994264, CA ON 050819 TO CARD#: XXXXXXXXXXX1901 |
| 05/20 | 16.22 | DEBIT CARD RETURN AT THE HOME DEPOT #63, W PALM BCH, FL ON 052019 TO CARD#: XXXXXXXXXXX1901 |
| 05/30 | 11.00 | SERVICE CHARGE REVERSED |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/06 | 1,072.62 | 05/16 | 900.06 | 05/24 | 164.87 |
| 05/07 | 1,045.62 | 05/17 | 727.09 | 05/28 | 69.05 |
| 05/08 | 1,055.60 | 05/20 | 677.40 | 05/30 | 72.17 |
| 05/10 | 1,033.61 | 05/23 | 664.87 | 05/31 | 0.00 |
| 05/13 | 911.22 | | | | |

TRAVELING SOON? CONTACT US AT 1-800-972-3030 TO SET UP A TRAVEL ALERT. THIS WILL PREVENT FRAUD BLOCKS FROM KEEPING YOUR LEGITIMATE CREDIT CARD TRANSACTIONS FROM BEING PROCESSED.



**FIFTH THIRD BANK**

(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

ROBERT V MATTHEWS
101 CASA BENDITA
PALM BEACH FL 33480-3602



0

1155

Statement Period Date: 4/6/2019 - 5/3/2019
Account Type: 5/3 ESSENTIAL CKG
Account Number: 7908600740

Banking Center: West Palm Beach
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7908600740

| | | | | |
|---|---|---|---|---|
| 04/06 | Beginning Balance | $1,217.24 | Number of Days in Period | 28 |
| 1 | Checks | $(76.00) | | |
| 9 | Withdrawals / Debits | $(951.48) | | |
| 1 | Deposits / Credits | $1,000.00 | | |
| 05/03 | Ending Balance | $1,189.76 | | |

Monthly service charge to be withdrawn on first business day after this statement:
The monthly service charge associated with your 5/3 ESSENTIAL CKG account is $11.00          **$11.00**

### REMEMBER, NO MONTHLY SERVICE CHARGE IF:

You maintain a total monthly average balance of $1,500 across your checking, savings, and investment accounts.

OR you are a current or former U.S. military member with a monthly direct deposit totaling $500 or more.

OR you are a student.

**(Statement Period: 04/06/19 - 05/03/19)**

**Your Accounts** — **Monthly Avg. Bal.**

CHECKING          X0740          $1,208.27

**Total Combined Monthly Average Balance**     **$1,208.27**

OR you have any existing Fifth Third personal mortgage, auto loan, or line of credit with an outstanding balance.

**Fifth Third Loan?**     **No**

OR you can spend at least $500 per month on a Fifth Third credit card.

**$500 Credit Card Spend?**     **No**

check          **1 check totaling $76.00**

* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 0000 i | 04/09 | 76.00 |



**FIFTH THIRD BANK**

## Withdrawals / Debits

| Date | Amount | Description | 9 items totaling $951.48 |
|------|--------|-------------|--------------------------|
| 04/08 | 393.00 | WEB INITIATED PAYMENT AT COMCAST CABLE SVC 6491848 040819 | |
| 04/08 | 433.99 | WEB INITIATED PAYMENT AT ATT Payment 725732003PRB8H 040819 | |
| 04/08 | 11.00 | MONTHLY SERVICE CHARGE | |
| 04/10 | 24.95 | RECURRING PURCHASE AT SPOKEO.COM 8006994, 8006994264, CA ON 040919 FROM CARD#: XXXXXXXXXXXX1901 | |
| 04/22 | 44.50 | DEBIT CARD PURCHASE AT WEST PALM CHEVRON., WEST PALM BEA, FL ON 041919 FROM CARD#: XXXXXXXXXXXX1901 | |
| 04/23 | 26.07 | DEBIT CARD PURCHASE AT BP#9083825TA SOUTH, MILLDALE, CT ON 042219 FROM CARD#: XXXXXXXXXXXX1901 | |
| 04/26 | 1.25 | DEBIT CARD PURCHASE AT LAZ PARKING 040144, BRIDGEPORT, CT ON 042519 FROM CARD#: XXXXXXXXXXXX1901 | |
| 04/26 | 1.50 | DEBIT CARD PURCHASE AT LAZ PARKING 040144, BRIDGEPORT, CT ON 042519 FROM CARD#: XXXXXXXXXXXX1901 | |
| 04/26 | 15.22 | DEBIT CARD PURCHASE AT EXXONMOBIL 4792, WATERBURY, CT ON 042519 FROM CARD#: XXXXXXXXXXXX1901 | |

## Deposits / Credits

| Date | Amount | Description | 1 item totaling $1,000.00 |
|------|--------|-------------|---------------------------|
| 04/09 | 1,000.00 | DEPOSIT | |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/08 | 379.25 | 04/10 | 1,278.30 | 04/23 | 1,207.73 |
| 04/09 | 1,303.25 | 04/22 | 1,233.80 | 04/26 | 1,189.76 |

TRAVELING SOON? CONTACT US AT 1-800-972-3030 TO SET UP A TRAVEL ALERT. THIS WILL PREVENT FRAUD BLOCKS FROM KEEPING YOUR LEGITIMATE CREDIT CARD TRANSACTIONS FROM BEING PROCESSED.



**FIFTH THIRD BANK**
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH  45263-0900

ROBERT V MATTHEWS
101 CASA BENDITA
PALM BEACH FL 33480-3602



0

1083

Statement Period Date: 3/6/2019 - 4/5/2019
Account Type: 5/3 ESSENTIAL CKG
Account Number: 7908600740

Banking Center: West Palm Beach
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7908600740

| | | | | |
|---|---|---|---|---|
| 03/06 | Beginning Balance | $1,051.75 | Number of Days in Period | 31 |
| 1 | Checks | $(75.00) | | |
| 10 | Withdrawals / Debits | $(1,159.51) | | |
| 2 | Deposits / Credits | $1,400.00 | | |
| 04/05 | Ending Balance | $1,217.24 | | |

**Monthly service charge to be withdrawn on first business day after this  statement:**          **$11.00**
The monthly service charge associated with your 5/3 ESSENTIAL CKG account is $11.00

**REMEMBER, NO MONTHLY SERVICE CHARGE IF:**

You maintain a total monthly average balance of $1,500 across your checking, savings, and investment accounts.

OR you are a current or former U.S. military member with a monthly direct deposit totaling $500 or more.

OR you are a student.

**(Statement Period: 03/06/19 - 04/05/19)**

| Your Accounts | | Monthly Avg. Bal. |
|---|---|---|
| CHECKING | X0740 | $327.73 |
| **Total Combined Monthly Average Balance** | | **$327.73** |

OR you have any existing Fifth Third personal mortgage, auto loan, or line of credit with an outstanding balance.

**Fifth Third Loan?**          **No**

OR you can spend at least $500 per month on a Fifth Third credit card.

**$500 Credit Card Spend?**          **No**

## Check                                                                          1 check totaling $75.00

* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 128 i | 03/21 | 75.00 |



**FIFTH THIRD BANK**

## Withdrawals / Debits

| Date | Amount | Description | 10 items totaling $1,159.51 |
|---|---|---|---|
| 03/06 | 11.00 | MONTHLY SERVICE CHARGE | |
| 03/07 | 480.60 | DEBIT CARD PURCHASE AT FRONTIER, DENVER, CO ON 030619 FROM CARD#: XXXXXXXXXXXX1901 | |
| 03/15 | 240.00 | DEBIT CARD PURCHASE AT CITY OF WEST PALM, 561-6598050, FL ON 031419 FROM CARD#: XXXXXXXXXXXX1901 | |
| 03/18 | 55.45 | DEBIT CARD PURCHASE AT PRO ENERGY FOODMAR, WEST PALM BEA, FL ON 031619 FROM CARD#: XXXXXXXXXXXX1901 | |
| 03/19 | 112.64 | DEBIT CARD PURCHASE AT PINCH A PENNY #36, LAKE WORTH, FL ON 031819 FROM CARD#: XXXXXXXXXXXX1901 | |
| 03/25 | 50.18 | DEBIT CARD PURCHASE AT PRO ENERGY FOODMAR, WEST PALM BEA, FL ON 032219 FROM CARD#: XXXXXXXXXXXX1901 | |
| 03/26 | 49.74 | MERCHANT PAYMENT NST THE HOME DEP - 257840 1550 PALM BCH LAKES BLV W PALM BEACH FL ON 032619 FROM CARD#: XXXXXXXXXXXX190X | |
| 03/28 | 100.00 | DEBIT CARD PURCHASE AT TOWN OF PALM BEACH, 5618385444, FL ON 032719 FROM CARD#: XXXXXXXXXXXX1901 | |
| 03/29 | 58.95 | WEB INITIATED PAYMENT AT FPUC/EZ-PAY UTILITY 2084885 032919 | |
| 04/02 | 0.95 | DEBIT CARD PURCHASE AT SPOKEO.COM 8006994, 8006994264, CA ON 040119 FROM CARD#: XXXXXXXXXXXX1901 | |

## Deposits / Credits

| Date | Amount | Description | 2 items totaling $1,400.00 |
|---|---|---|---|
| 03/26 | 300.00 | DEPOSIT | |
| 04/05 | 1,100.00 | DEPOSIT | |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/06 | 1,040.75 | 03/19 | 152.06 | 03/28 | 177.14 |
| 03/07 | 560.15 | 03/21 | 77.06 | 03/29 | 118.19 |
| 03/15 | 320.15 | 03/25 | 26.88 | 04/02 | 117.24 |
| 03/18 | 264.70 | 03/26 | 277.14 | 04/05 | 1,217.24 |

TRAVELING SOON? CONTACT US AT 1-800-972-3030 TO SET UP A TRAVEL ALERT. THIS WILL PREVENT FRAUD BLOCKS FROM KEEPING YOUR LEGITIMATE CREDIT CARD TRANSACTIONS FROM BEING PROCESSED.



FIFTH THIRD BANK
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH  45263-0900

ROBERT V MATTHEWS
101 CASA BENDITA
PALM BEACH FL 33480-3602



0

1046

Statement Period Date: 2/6/2019 - 3/5/2019
Account Type: 5/3 ESSENTIAL CKG
Account Number: 7908600740

Banking Center: West Palm Beach
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7908600740

| | | | |
|---|---|---|---|
| 02/06 | **Beginning Balance** | **$11.64** | Number of Days in Period |
| 11 | Checks | | |
| 3 | Withdrawals / Debits | $(1,470.57) | 28 |
| 03/05 | Deposits / Credits | $2,510.68 | |
| | **Ending Balance** | **$1,051.75** | |

**Monthly service charge to be withdrawn on first business day after this  statement:**
The monthly service charge associated with your 5/3 ESSENTIAL CKG account is $11.00          **$11.00**

### REMEMBER, NO MONTHLY SERVICE CHARGE IF:

You maintain a total monthly average balance of $1,500 across your checking, savings, and investment accounts.

OR you are a current or former U.S. military member with a monthly direct deposit totaling $500 or more.

OR you are a student.

**(Statement Period: 02/06/19 - 03/05/19)**

| Your Accounts | | Monthly Avg. Bal. |
|---|---|---|
| CHECKING | X0740 | $380.97 |
| **Total Combined Monthly Average Balance** | | **$380.97** |

OR you have any existing Fifth Third personal mortgage, auto loan, or line of credit with an outstanding balance.

**Fifth Third Loan?**          **No**

OR you can spend at least $500 per month on a Fifth Third credit card.

**$500 Credit Card Spend?**          **No**

## Withdrawals / Debits
**11 items totaling $1,470.57**

| Date | Amount | Description |
|---|---|---|
| 02/06 | 11.00 | MONTHLY SERVICE CHARGE |
| 02/13 | 195.40 | DEBIT CARD PURCHASE AT THE HOME DEPOT #63, W PALM BCH, FL ON 021119 FROM CARD#: XXXXXXXXXXXX1901 |
| 02/13 | 700.00 | WEB INITIATED PAYMENT AT VENMO ADDFUNDS 1751912304 021319 |
| 02/14 | 52.48 | DEBIT CARD PURCHASE AT THE HOME DEPOT #63, W PALM BCH, FL ON 021219 FROM CARD#: XXXXXXXXXXXX1901 |
| 02/15 | 57.82 | DEBIT CARD PURCHASE AT PUBLIX #1395, PALM BEACH, FL ON 021419 FROM CARD#: XXXXXXXXXXXX1901 |
| 02/19 | 28.76 | MERCHANT PAYMENT PUBLIX SUPER MAR - 395109 135 BRADLEY PLACE PALM BEACH FL ON 021919 FROM CARD#: XXXXXXXXXXXX190X |
| 02/19 | 218.23 | DEBIT CARD PURCHASE AT THE HOME DEPOT 632, WEST PALM BEA, FL ON 021419 FROM CARD#: XXXXXXXXXXXX1901 |



**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 02/25 | 32.92 | MERCHANT PAYMENT PUBLIX SUPER MAR - 395108 135 BRADLEY PLACE PALM BEACH FL ON 022519 FROM CARD#: XXXXXXXXXXXX190X |
| 02/27 | 46.00 | DEBIT CARD PURCHASE AT PRO ENERGY FOODMAR, WEST PALM BEA, FL ON 022519 FROM CARD#: XXXXXXXXXXXX1901 |
| 02/27 | 48.16 | DEBIT CARD PURCHASE AT CHEVRON 0202650, MIAMI, FL ON 022619 FROM CARD#: XXXXXXXXXXXX1901 |
| 03/01 | 79.80 | DEBIT CARD PURCHASE AT PINCH A PENNY #36, LAKE WORTH, FL ON 022819 FROM CARD#: XXXXXXXXXXXX1901 |

## Deposits / Credits

3 items totaling $2,510.68

| Date | Amount | Description |
|---|---|---|
| 02/11 | 1,500.00 | DEPOSIT |
| 02/19 | 10.68 | DEBIT CARD RETURN AT THE HOME DEPOT #63, W PALM BCH, FL ON 021619 TO CARD#: XXXXXXXXXXXX1901 |
| 03/04 | 1,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/06 | 0.64 | 02/15 | 494.94 | 02/27 | 131.55 |
| 02/11 | 1,500.64 | 02/19 | 258.63 | 03/01 | 51.75 |
| 02/13 | 605.24 | 02/25 | 225.71 | 03/04 | 1,051.75 |
| 02/14 | 552.76 | | | | |

TRAVELING SOON? CONTACT US AT 1-800-972-3030 TO SET UP A TRAVEL ALERT. THIS WILL PREVENT FRAUD BLOCKS FROM KEEPING YOUR LEGITIMATE CREDIT CARD TRANSACTIONS FROM BEING PROCESSED.